**TABLE OF CONTENTS**

**Pag**

INTRODUCTION........................................................................................  2
FACTUAL BACKGROUND.......................................................................  2
PROCEDURAL BACKGROUND...............................................................  8
LAW AND ARGUMENT............................................................................  8
CONCLUSION...........................................................................................  19
CERTIFICATE OF SERVICE....................................................................  20

i

## **TABLE OF AUTHORITIES**

**Page(s)**

**Cases:**

*Abbott v. Crown Motor Co.*,
 348 F. 3d 537 (6th Cir. 2003)................................................................ 13

*Abdulnour v. Campbell Soup Supply Co., LLC*,
 464 F. Supp. 2d 711, n. 1 (N.D. Ohio 2006)........................................ 12

*Anderson v. Liberty Lobby, Inc.*,
 477 U.S. 242 (1986).............................................................................. 9

*Balmer v. HCA, Inc.*,
 423 F.3d 606 (6th Cir. 2005)................................................................ 12

*Bickley v. FMC Technologies, Inc.*,
 282 F. Supp. 2d 631 (N.D. Ohio 2003)................................................ 17

*Binns v. Fredendall*,
 32 Ohio St. 3d 244 (1987).................................................................... 16

*Bukta v. J.C. Penney Co., Inc.*,
 359 F. Supp. 2d 649 (N.D. Ohio 2004)................................................ 15

*Celotex Corp. v. Catrett*,
 477 U.S. 317 (1986).............................................................................. 9

*Cline v. Catholic Diocese of Toledo*,
 206 F. 3d 651 (6th Cir. 2000)................................................................ 10

*Delise v. Brimfield Twp. Police Dept.*,
 94 Fed. Appx. 247 (6th Cir. 2004)........................................................ 13

*Desert Palace v. Costa*,
 539 U.S. 90 (2003)................................................................................ 12

*Dixon v. Gonzales*,
 481 F. 3d 324 (6th Cir. 2007)................................................................ 14

*Donohoe v. Burd*,
 722 F. Supp. 1507 (S.D. Ohio 1989).................................................... 17

*EEOC v. Avery Dennison Corp.*,
 104 F. 3d 858 (6th Cir. 1997)................................................................ 10,14

*Elek v. Hunington Nat'l Bank*,
 60 Ohio St. 3d 135 (1991).................................................................... 14

*Garcia v. Third Fed. S&L Assn. of Cleveland*,
 2007 U.S. Dist. LEXIS 30887 (N.D. Ohio 2007)................................ 15

*Great American Federal Sav. & Loan Assn. v. Novotny,*
 442 U.S. 366 (1979)................................................................................. 13

*Harrison v. City of Akron,*
 43 Fed. Appx. 903 (6th Cir. 2002)......................................................... 14

*Helms v. Fischer Mgmt.,*
 2005 U.S. Dist. LEXIS 27259 (S.D. Ohio).......................................... 18

*Kensington Land Co. v. Zelnick,*
 95 Ohio Misc. 2d 45 (Miami Cty. Common Pleas Ct, 1998)............... 17

*Kline v. Tennessee Valley Authority,*
 128 F. 3d 337 (6th Cir. 1997)................................................................ 10

*Krickler v. City of Brooklyn,*
 149 Ohio App. 3d 97 (8th App. Dist. 2002).......................................... 15

*MacDermid v. Discover Fin. Servs.,*
 2007 U.S. App. LEXIS 12344 (6th Cir. 2007)..................................... 16

*Majewski v. Automatic Data Processing, Inc.,*
 274 F. 3d 1106 (6th Cir. 2001).............................................................. 10

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,*
 475 U.S. 574 (1986)................................................................................. 9

*McDonnell Douglas Corp. v. Green,*
 411 U.S. 792 (1973)................................................................................. 9

*Morris v. Office Max,*
 89 F. 3d 411 (6th Cir. 1996).................................................................. 16

*Mueller v. J.P. Morgan Chase & Co.,*
 2007 U.S. Dist. LEXIS 20828 (N.D. Ohio).......................................... 15

*Nguyen v. City of Cleveland,*
 220 F. 3d 559 (6th Cir. 2000)................................................................ 10

*Paugh v. Hanks,*
 6 Ohio St. 3d 72 (1983)......................................................................... 17

*Pesterfield v. TVA,*
 941 F.2d 437 (6th Cir. 1991)................................................................. 12

*Randolph v. Ohio Dept. of Youth Services,*
 453 F. 3d 724 (6th Cir. 2006)............................................................ 13,14

*Robb v. Chagrin Lagoons Yacht Club,*
 75 Ohio St. 3d 264 (1996)..................................................................... 17

*Seay v. TVA*,
	339 F.3d 454 (6th Cir. 2003).................................................................... 11

*Smith v. City of Salem, et al.*,
	378 F. 3d 566 (6th Cir. 2004)................................................................... 13

*Tourlakis v. Beverage Distribs.*,
	2002 Ohio App. LEXIS 7088 (8th App. Dist.)....................................... 18

*Trussell v. General Motors Corp.*,
	53 Ohio St. 3d 142 (1990)....................................................................... 18

*Walker v. Ohio Dept. of Rehab. & Corr.*,
	2007 U.S. App. LEXIS 16829, *11-12 (6th Cir., July 11, 2007)............ 11

*Wexler v. White's Fine Furniture, Inc.*,
	317 F. 3d 564 (6th Cir. 2003).................................................................. 10,11

*Yeager v. Local Union 20, Teamsters*,
	6 Ohio St. 3d 369 (1983)......................................................................... 16

**<u>Statutes:</u>**

42 U.S.C. 2000e............................................................................................... 8,12

O.R.C. 4112...................................................................................................... 8,9,1