Michael Graham

IN THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF OHIO,

EASTERN DIVISION


~~~~~~~~~~~~~~~~~~~~

MICHAEL GRAHAM,


       Plaintiff,


   vs.            Case No.  1:06CV2091


BEST BUY STORES, L.P., et al.,


       Defendants.

~~~~~~~~~~~~~~~~~~~~

Deposition of

MICHAEL GRAHAM



February 28, 2007

12:16 p.m.

Taken at:

Vorys, Sater, Seymour and Pease, LLP

1375 East Ninth Street, Suite 2100

Cleveland, Ohio



Todd L. Persson, Notary Public



**EXHIBIT**

A

**Page 2**

```
 1    APPEARANCES:
 2
 3        On behalf of the Plaintiff:
 4            Schuster $ Simmons Co., LPA, by
 5            KAMI D. ROWLES, ESQ.
 6            The Bevelin House
 7            2913 Clinton Avenue
 8            Cleveland, OH 44113
 9            (216) 348-1100
10            ss@apk.net
11
12        On behalf of the Defendant:
13            Vorys, Sater, Seymour and Pease,
14            LLP, by
15            MATTHEW D. BESSER, ESQ.
16            DAVID CAMPBELL, ESQ.
17            2100 One Cleveland, Center
18            1375 East Ninth Street
19            Cleveland, OH 44114
20            (216) 479-6100
21            mdbesser@vssp.com
22                ~ ~ ~ ~ ~
23
24
25
```

**Page 3**

```
 1              I N D E X
 2
 3    EXAMINATION OF            4      6
 4    MICHAEL GRAHAM
 5    BY MR. CAMPBELL
 6
 7
 8    Exhibit 1 was marked      164    25
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1              MICHAEL GRAHAM, of lawful age, called for
 2    examination, as provided by the Federal Rules
 3    of Civil Procedure, being by me first duly
 4    sworn, as hereinafter certified, deposed and
 5    said as follows:
 6              EXAMINATION OF MICHAEL GRAHAM
 7    BY MR. CAMPBELL:
 8         Q.   If you could, just state your name
 9    for the record and spell it, just so we have
10    it.                          12:16:03
11         A.   Michael, M-i-c-h-a-e-l, L. Graham,
12    G-r-a-h-a-m. That's the Second.
13         Q.   And just to -- I briefly introduced
14    myself before. I'm David Campbell. Matt
15    Besser is going to be here shortly. And we are   12:16:20
16    attorneys here with the Vorys Sater law firm.
17    We represent your former employer, Best Buy, in
18    this lawsuit. And I'm here to ask you
19    questions about the lawsuit that your counsel
20    filed on your behalf against Best Buy. Are you   12:16:33
21    aware of that lawsuit?
22         A.   Yes.
23         Q.   When I say "Best Buy", I know
24    there's some different technical legal names.
25    But when I say "Best Buy", I'm going to be      12:16:42
```

**Page 5**

```
 1    referring to the. I think you were employed at
 2    the Macedonia store? Do you understand that?
 3         A.   Yes.
 4         Q.   Is that where you were employed?
 5         A.   Yes.                     12:16:53
 6         Q.   When I say "Best Buy", I'll tell
 7    you if there's a specific store or if I'm
 8    talking about headquarters or the locations.
 9    Do you understand that?
10         A.   Okay.                    12:17:01
11         Q.   Otherwise when I say "Best Buy",
12    I'm talking about your former employer, when
13    you were employed at that Macedonia store.
14         A.   Okay.
15         Q.   And I'm sure you've heard from your   12:17:10
16    counsel some of the ins and out and dos and
17    don'ts of a deposition. Let me just tell you
18    the basic ground rules that I'll be working
19    from so you understand.
20              First and foremost, just to help      12:17:18
21    with the court reporter, if you could speak up
22    and just answer affirmatively versus -- say yes
23    or no. I know what your answer is, but the
24    court reporter can only take it down if you're
25    saying yes with that. So do you understand      12:17:31
```

Michael Graham

**Page 22**

```
 1      Q.   Was it less than $5,000?
 2      A.   Honestly, I couldn't answer that
 3  question truthfully without looking.
 4      Q.   So we'd have to look at the W2s to
 5  see where you were at?              12:34:19
 6      A.   That is correct.
 7      Q.   But your straight salary at Comp
 8  USA is $4,000 more than at Best Buy?
 9      A.   That is correct.
10      Q.   Okay.  Have you ever filed any    12:34:32
11  other lawsuits against any current or former
12  employers, aside from the one we're here today
13  about?
14      A.   No, sir.
15      Q.   I know you filed a charge of       12:34:41
16  discrimination in this matter with the EEOC and
17  the OCRC.  Are you familiar with those two
18  organizations?
19      A.   Yes, sir.
20      Q.   Have you ever filed any other      12:34:51
21  charges of discrimination against any other
22  current or former employers?
23      A.   In Indiana working with Best Buy I
24  had filed a discrimination, the EEOC.
25      Q.   Any others?              12:35:03
```

**Page 23**

```
 1      A.   No, sir.
 2      Q.   And maybe it's a good time to just
 3  ask you in general, you were employed by Best
 4  Buy for I guess -- you had some breaks in
 5  service?               12:35:16
 6      A.   Yes, sir.
 7      Q.   When did you start with Best Buy?
 8      A.   I started with Best Buy, that was
 9  in '97.
10      Q.   Okay.  And what store were you in    12:35:25
11  then?
12      A.   West Palm Beach, Florida.
13      Q.   And how long were you there.
14      A.   That I would actually have to look
15  at previous pay stubs to be accurate.     12:35:43
16      Q.   Approximate.  Approximate.  A year,
17  two years, three years?
18      A.   I would say over the course of a
19  couple of years.
20      Q.   And why did you leave?        12:35:53
21      A.   I know the very first time that I
22  left it was my son was born.  I had a son that
23  was born, that was in Texas.  So I left Florida
24  and went to Texas.
25      Q.   So you're saying you left once.    12:36:10
```

**Page 24**

```
 1  then came back to West Palm Beach and was hired
 2  again?
 3      A.   Yes, sir.  That is correct.
 4      Q.   So you left due to the birth of
 5  your son?              12:36:19
 6      A.   That is correct.
 7      Q.   Came back to West Palm Beach at a
 8  certain point, got hired again?
 9      A.   Right.
10      Q.   How long did you stay the second    12:36:26
11  time?
12      A.   The second time, I want to say it
13  was -- I couldn't answer that truthfully.
14      Q.   Okay.
15      A.   I don't want to say approximately    12:36:44
16  without giving you a definite answer.
17      Q.   You were only hired twice in West
18  Palm Beach: first initially when you started
19  with Best Buy and then --
20      A.   Then rehire.  That is correct.    12:36:54
21      Q.   Why did you leave West Palm Beach
22  Best Buy the second time?
23      A.   That was a promotion.  That was a
24  promotion.  I went to Atlanta.
25      Q.   So a promotion and transfer to     12:37:06
```

**Page 25**

```
 1  Atlanta?
 2      A.   That is correct.
 3      Q.   What position did you start with at
 4  Best Buy when you were first hired at West Palm
 5  Beach?
 6      A.   Oh, part-time, what do they call
 7  it, product specialist.
 8      Q.   So you were just an associate at
 9  that time?
10      A.   Yes.  Product specialist was the    12:37:23
11  term.
12      Q.   And did you hold that position
13  until you were promoted and transferred out of
14  West Palm Beach?
15      A.   No, sir.              12:37:33
16      Q.   What was your next position?
17      A.   I was the home audio senior.
18      Q.   Was that during your first tenure
19  at West Palm Beach or your second?
20      A.   During my second.          12:37:46
21      Q.   So your first tenure you held just
22  the part-time product specialist position?
23      A.   That's correct.
24      Q.   Second tenure, did you come back
25  into the home audio senior position, or did you  12:37:56
```

7 (Pages 22 to 25)

Michael Graham

Page 26

1  come back into the part-time production
2  specialist?
3      A.  Came back into the part-time
4  product specialist.
5      Q.  So you're promoted at some point    12:38:04
6  into that home audio senior position?
7      A.  That is correct.
8      Q.  And the next promotion moved you to
9  Atlanta?
10     A.  That is correct.    12:38:12
11     Q.  And what position did you hold in
12 Atlanta?
13     A.  I was the computer supervisor.
14     Q.  And how long were you there in
15 Atlanta?    12:38:28
16     A.  I was in Atlanta -- oh, man, how
17 long was I there.  That I would actually have
18 to probably look at W2s and a pay stub.
19     Q.  Why did you leave Atlanta?
20     A.  Why did I leave Atlanta.  Where did    12:38:43
21 I go.  I left Atlanta -- oh, me and my son's
22 mother was getting back together that was
23 staying in Texas, so I went back to Texas.
24     Q.  Did you transfer to a Best Buy
25 store?    12:39:04

Page 27

1      A.  No, sir.  At that area, which is
2  Wichita Falls, Texas, there was no Best Buy.
3      Q.  Did you work when you moved back to
4  Texas?
5      A.  Yes, sir.    12:39:15
6      Q.  Where did you work?
7      A.  I worked for a Circuit City.
8      Q.  And why did you leave Circuit City?
9      A.  I left Circuit City for a better
10 paying job.  I also worked at a -- I can't    12:39:33
11 remember the name -- like a Citgo Gas Station
12 in Texas.
13     Q.  Okay.
14     A.  Wichita Falls, Texas.
15     Q.  Okay.  And where did you go after    12:39:48
16 Citgo?
17     A.  After Citgo -- what was I doing --
18         MS. ROWLES:  Don't think out loud.
19 Just think to yourself.
20     Q.  Do you know or not?    12:40:22
21     A.  I'm not too sure.  At this time I
22 couldn't tell you.
23     Q.  Okay.  And did you go back to Best
24 Buy after Citgo, or at some point you did?
25     A.  Yeah.  At some point I went to Best    12:40:36

Page 28

1  Buy.
2      Q.  What location then?
3      A.  I went to -- oh, okay.  In Texas, I
4  had got a call, because I kept in touch with
5  folks.  So I went, actually went back to    12:40:57
6  Atlanta, went back to Atlanta as a computer
7  supervisor.
8      Q.  So Best Buy actually called you,
9  said, hey, if you're interested, come on back,
10 and you went back to Atlanta?    12:41:15
11     A.  I went back there to Atlanta.
12     Q.  And you took over your old computer
13 supervisor position?
14     A.  That is correct.
15     Q.  And I'm going to ask you about    12:41:24
16 that.  In terms of these initial tenures with
17 Best Buy when you -- I take it that just in
18 Florida, you left one time in Florida, was that
19 a voluntary resignation, was that a
20 termination?    12:41:41
21     A.  That was a voluntary.
22     Q.  Okay.  Voluntary resignation.  And
23 from Atlanta, when you moved from Atlanta to
24 Texas when you left the second time, was that
25 voluntary, or how was that --    12:41:52

Page 29

1      A.  That was a voluntary when I first
2  left Atlanta.
3      Q.  Okay.  Then you come back to
4  Atlanta again as a computer supervisor.  Same
5  store in Atlanta as you were at?    12:41:59
6      A.  Same exact store.
7      Q.  Who was your general manager there?
8      A.  Gosh.
9      Q.  Let me ask you this way.  Was it
10 anybody from the, when you were in Ohio, and    12:42:12
11 we'll get to Ohio --
12     A.  No.  Nobody from Ohio.
13     Q.  So you didn't have any relationship
14 with any of the district managers or store
15 managers in Ohio in Atlanta?    12:42:24
16     A.  In Atlanta, no.
17     Q.  Okay.  So you go back to Atlanta.
18 How long do you stay your second tenure in
19 Atlanta?
20     A.  Okay.  And then from Atlanta, I was    12:42:32
21 a computer supervisor, from Atlanta I
22 transferred to Oklahoma City.
23     Q.  Okay.  Was that a transfer, or was
24 that a resignation and rehire?
25     A.  Well, it was a transfer.  It was    12:42:50

8 (Pages 26 to 29)

Michael Graham

---

**Page 30**

1  just a transfer.
2      Q.  Just so I'm clear on the hiring,
3  you were hired twice by Best Buy in Florida?
4      A.  Right.  Twice in Florida.
5      Q.  And once in Atlanta?        12:43:01
6      A.  And then once in Atlanta.  That is
7  correct.
8      Q.  So you were hired three times.  You
9  go to Oklahoma City.  Now, I see from our
10  records, it looks as if you were, it was        12:43:08
11  September 1997 when you started in Oklahoma
12  City?
13      A.  September of 1997?
14      Q.  Yes.
15      A.  No.  That's wrong.        12:43:18
16      Q.  How do you know that's wrong?
17      A.  Because I was in Florida in '97.
18      Q.  Okay.  How old is your son?
19      A.  My son right now is nine.
20      Q.  Why did you go to Oklahoma City,        12:43:35
21  because of Best Buy or because of your family?
22      A.  Because of my family.
23      Q.  So it was near their Texas home?
24      A.  No, sir.  I had actually met a
25  woman during the times that I went to Texas,        12:43:48

**Page 31**

1  and --
2      Q.  Okay.
3      A.  -- she was in Oklahoma City.
4      Q.  Is she your current girlfriend or
5  someone else?        12:43:57
6      A.  This is somebody else.
7      Q.  So you went to Oklahoma City.  What
8  position did you hold in Oklahoma City?
9      A.  I had to go to the computer senior.
10  I was a computer senior, instead of a        12:44:06
11  supervisor.
12      Q.  And that was a voluntary move down
13  like you've done from Detroit to Cincinnati?
14      A.  Exactly.
15      Q.  Okay.  So you moved into the        12:44:14
16  computer senior role.  How long were you in
17  Oklahoma City with Best Buy?
18      A.  I was with them for I'd say maybe a
19  year.
20      Q.  Okay.  Now, from the records, it        12:44:32
21  shows that you were let go once in Oklahoma
22  City for job abandonment.  Do you recall that?
23      A.  No.  Because I transferred from my
24  Oklahoma City store to the Indianapolis store.
25      Q.  Okay.  Well, the records do show        12:44:50

**Page 32**

1  that you were rehired in Oklahoma City.  So you
2  were actually hired in Oklahoma City after
3  being let go for job abandonment.  Do you
4  recall that?
5      A.  I was never terminated in the        12:45:03
6  Oklahoma City store.
7      Q.  So you believe you were employed
8  throughout your tenure in Oklahoma City without
9  any break in service?
10      A.  I am positive that I was employed        12:45:11
11  at the Oklahoma City store.
12      Q.  Who was your general manager in
13  Oklahoma City?
14      A.  I can't remember his name, because
15  we kept getting general managers.  But my        12:45:19
16  immediate manager, sales manager was Heidi
17  House.
18      Q.  How do you spell House?
19      A.  Like H-o-u-s-e.
20      Q.  So you remained at Oklahoma City,        12:45:32
21  and then you transferred to Castleton, Indiana?
22      A.  Now, that is correct.
23      Q.  And was this your request, or was
24  this --
25      A.  This was Best Buy calling me.        12:45:45

**Page 33**

1      Q.  Best Buy said we need somebody in
2  Castleton, Indiana?
3      A.  Right.
4      Q.  Who called you?
5      A.  Christopher Riley.        12:45:52
6      Q.  Okay.  And what did they need you
7  to do in Castleton, Indiana?
8      A.  I was the computer supervisor.
9      Q.  Was the store just opening, or was
10  this replacing someone?        12:46:06
11      A.  The store just already been
12  running.  The store wasn't doing well, so I was
13  called to ask to come there.
14      Q.  Did you get any reimbursement of
15  moving expenses, or anything like that?        12:46:22
16      A.  At that time, actually I got a
17  relocation with Best Buy.
18      Q.  You got paid to relocate?
19      A.  Paid to relocate.  That is correct.
20      Q.  So you moved to Castleton, Indiana.        12:46:33
21  And our records show that it was in 2002 when
22  you moved to Castleton, Indiana.  And you were
23  let go in January of 2003.  Does that seem
24  correct?
25      A.  Yeah.  That's seems correct.        12:46:52

9 (Pages 30 to 33)

Michael Graham

Page 34

```
 1     Q.   And from the records, Best Buy
 2  framed your termination as being terminated for
 3  unethical business practices.  Do you recall
 4  that?
 5     A.   No, sir.                    12:47:06
 6     Q.   What do you understand -- I'm not
 7  saying -- obviously you think that the
 8  termination was improper, right?
 9     A.   That is correct.
10     Q.   What I'm asking you is what did   12:47:16
11  they tell you was the reason why they were
12  terminating you?
13     A.   I was told that there was customer
14  complaints, not necessarily on myself but
15  within the computer department.         12:47:30
16     Q.   Okay.
17     A.   And because I was the computer
18  supervisor, that I was overall responsible.
19     Q.   Were there customer complaints?
20     A.   I've never -- not to my knowledge,  12:47:41
21  no, sir.
22     Q.   And you filed a charge of
23  discrimination?
24     A.   That is correct.
25     Q.   Who was your supervisor there?   12:47:50
```

Page 35

```
 1     A.   At this time I cannot remember his
 2  name.
 3     Q.   Did you ever, prior to working in
 4  the Cleveland area with him, did you ever work
 5  with Rankin?                          12:48:11
 6     A.   Yes.  I worked with Mark at the
 7  Castleton location.
 8     Q.   What was Rankin's role there?
 9     A.   He was the operations manager.
10     Q.   And at Best Buy, at the stores,   12:48:20
11  where does the operations manager fit in, what
12  level?
13     A.   I would say they're number two in
14  the building.
15     Q.   And was Mark involved, or was   12:48:32
16  Rankin involved in your discharge?
17     A.   Involved in my discharge?
18     Q.   Yes.
19     A.   No.
20     Q.   How do you know that?           12:48:40
21     A.   Because he never sat down in any of
22  the conversations that we had.  That was with a
23  district staff.
24     Q.   What was the result of your charge
25  of discrimination?  What resulted from that?   12:48:54
```

Page 36

```
 1     A.   That they basically couldn't find
 2  anything with Best Buy being discriminative.
 3     Q.   Okay.  Did you file a lawsuit?
 4     A.   No, sir.
 5     Q.   Why not?                       12:49:10
 6     A.   I had filed Unemployment, was also
 7  in the process of moving back to Oklahoma City.
 8  A lawsuit never, you know, came across my mind.
 9     Q.   Okay.  Why did you believe it was
10  race discrimination?                   12:49:28
11     A.   One, I was the only like black male
12  manager supervisor in that entire district.
13  And Christopher Riley, he's not of African
14  dissent, but he is a minority.  And from what I
15  know, that the Castleton, Indiana store was a   12:49:47
16  bad store, underperforming store.  Chris came
17  in with his people, brought his people in
18  there.  We got it up and running.  He's a young
19  guy.  The district staff was older, white male
20  gender, and we could feel the tension between   12:50:03
21  him.  He was actually suspended in that store.
22  And based upon the investigation of that store,
23  I was working at another store in Indiana,
24  which is the Washington Street, I was the one
25  that got let go, because they felt we were   12:50:19
```

Page 37

```
 1  pressuring people to buy stuff, and that's why
 2  we were doing so well.
 3     Q.   So Christopher Riley, what role did
 4  he play?
 5     A.   He was a general manager.        12:50:29
 6     Q.   Of another store?
 7     A.   Of the Castleton store.
 8     Q.   The Castleton store?
 9     A.   They moved me from the Castleton
10  store to the East Washington Street store to   12:50:36
11  help that store that was underperforming.
12     Q.   So initially Christopher Riley is
13  who you pointed to as encouraging you to
14  relocate to Castleton, Indiana?
15     A.   That is correct.               12:50:48
16     Q.   How did Christopher Riley get to
17  know you?
18     A.   Christopher Riley, way back in
19  Florida, when I was part-time he was full-time.
20     Q.   What minority is Christopher Riley?   12:50:58
21     A.   I don't know what his -- I honestly
22  do not know what his dissent.  I was thinking
23  Asian.  Honestly, I don't know.
24     Q.   Okay.  Why would you say you don't
25  know, because he doesn't resemble an Asian, or   12:51:12
```

10 (Pages 34 to 37)

Michael Graham

Page 50

1     A.   No. He didn't say anything to that
2 extent.
3     Q.   So Nathan gives your number to Mark
4 Rankin?
5     A.   That is correct.       13:01:42
6     Q.   And Mark Rankin, is he a minority?
7     A.   Mark Rankin, no.
8     Q.   What, he's a white male?
9     A.   A white male.
10     Q.   So he gives the number to Mark     13:01:49
11 Rankin, Mark calls you up?
12     A.   Yes. Calls me on the phone.
13     Q.   And he essentially recruits you to
14 come to Cleveland?
15     A.   Yes. Come to the Mayfield store.    13:02:01
16     Q.   Were you paid to make that move, or
17 did you --
18     A.   No. Not at all. I moved on my
19 own.
20     Q.   You moved on your own. You brought   13:02:07
21 your son?
22     A.   Yes. Brought my son with me.
23     Q.   And then you met your girlfriend in
24 the Cleveland area, your current girlfriend?
25     A.   No. My current, current girlfriend   13:02:15

Page 51

1 is somebody from way back home in Florida.
2     Q.   Okay. When did you -- how old is
3 your daughter?
4     A.   My daughter is one-and-a-half.
5 She'll be two on August 28th.       13:02:26
6     Q.   When did your current girlfriend
7 start -- when did you start dating her again?
8         MS. ROWLES: Objection. Go ahead.
9     Q.   As to this most current, do you
10 understand if I say dating --       13:02:37
11     A.   Right. It makes sense. This would
12 have been -- let's see. It would have been the
13 September of the year that I had came back to
14 Best Buy.
15     Q.   So you came back to Cleveland Best   13:02:55
16 Buy?
17     A.   At the Mayfield store.
18     Q.   Was she living in Ohio, or how did
19 you make that connection again?
20     A.   Just kept in touch, talking to her.   13:03:06
21 things like that. Then she came on out. That
22 was September.
23     Q.   Okay. So Mark called you, and you
24 were willing to pick up roots in Oklahoma City,
25 pay your own way, and moved up to Cleveland.   13:03:21

Page 52

1 Ohio?
2     A.   Right. It was more money, first of
3 all.
4     Q.   More money than Blockbuster?
5     A.   That is correct.       13:03:29
6     Q.   And, obviously, I'm assuming that
7 even though you were terminated you didn't have
8 bad feelings about Best Buy?
9         MS. ROWLES: Objection. Go ahead.
10     A.   I had trusted the people more than,   13:03:38
11 less I would say than Best Buy.
12     Q.   Meaning Mark Rankin?
13     A.   Yes. Like Mark Rankin. And I
14 worked with him before. He was a co-worker.
15     Q.   And up to this point, up to the     13:03:55
16 point when Mark calls you and says, hey, how
17 about Ohio --
18     A.   Right.
19     Q.   -- aside from the Castleton,
20 Indiana termination, had you had any other    13:04:04
21 problems or issues with Best Buy?
22     A.   No.
23     Q.   Okay.
24     A.   Actually, no.
25     Q.   And up to that point, did anybody    13:04:12

Page 53

1 at Best Buy -- and when I say up to that point,
2 when Mark Rankin's calling you, you're in
3 Oklahoma City with your son?
4     A.   Right.
5     Q.   At that point, had anybody from     13:04:19
6 Best Buy, an employee, ever made any race based
7 comments to you?
8     A.   Say that one more time.
9     Q.   Well, when Mark is calling and you
10 you're making the decision whether to return to   13:04:31
11 Best Buy, and not only return to Best Buy but
12 move to Ohio, had -- you know, I'm not asking
13 you about what happened after that. We'll get
14 to that. Up to that point in time you've been
15 employed in West Palm Beach, Atlanta, Oklahoma   13:04:44
16 City, and Indiana Best Buy stores, right?
17     A.   Right.
18     Q.   Had anybody during Atlanta, West
19 Palm Beach, Oklahoma City or the Indiana stores
20 ever made any race based comments to you?     13:04:58
21     A.   Made a race comment to me?
22     Q.   Yeah. Like a slur, like anything
23 that was other than a joke that you took as
24 offensive.
25     A.   There was nothing that I took      13:05:10

14 (Pages 50 to 53)

Michael Graham

Page 54

1   offense of, no. But there was jokes made at
2   Castleton, at the Castleton store.
3       Q.  The Castleton store you believe
4   there was jokes made, and somewhat
5   inappropriate?                    13:05:24
6       A.  Yes. We're off -- off the premises
7   of a Best Buy, a fellowshiping with other
8   managers, yeah.
9       Q.  Did Mark Rankin ever make any of
10  those jokes?                      13:05:35
11      A.  Yes.
12      Q.  He did?
13      A.  Yes.
14      Q.  Okay. But you nonetheless trusted
15  Mark enough to accept employment with him in   13:05:42
16  Ohio?
17      A.  That is correct.
18      Q.  How many jokes had Mark made?
19      A.  I honestly couldn't sit here and
20  tell you how many, at this time, how many jokes   13:05:51
21  that he made.
22      Q.  Okay.
23      A.  And I will say it was, the jokes
24  that was presented, again, it was off the
25  clock, off the time. It was nothing that   13:05:59

Page 55

1   offended me in any way, no.
2       Q.  So they didn't offend you, they
3   were just jokes?
4       A.  Right. That is correct.
5       Q.  Were the two of you just joking in   13:06:07
6   general how people can make, you made a joke
7   about Mark --
8       A.  About something, yeah. And
9   everybody laughs.
10      Q.  So it was just essentially nobody   13:06:16
11  was offended, it was truly joking between two
12  people, but there was some race involved?
13      A.  Not joking between two people. It
14  was just a person like telling a joke or
15  something, and then just everybody laughs.   13:06:29
16      Q.  But you weren't offended by it?
17      A.  I wasn't offended by it. That is
18  correct.
19      Q.  Okay. So Mark calls you, you go up
20  to Cleveland. Did you actually live with Mark   13:06:39
21  for a certain period of time?
22      A.  I stayed with Mark, because I
23  followed him -- actually, he was coming up from
24  vacation and I followed him home. So I was
25  there, stayed at his house for like a few days.   13:06:50

Page 56

1       Q.  Only a few days?
2       A.  Yes. Just a few days.
3       Q.  So was Mark married at the time?
4       A.  Yes. He was married.
5       Q.  So was it him and his wife, and do   13:06:59
6   they have any kids?
7       A.  It was him, his wife, his daughter
8   and his son. He had a son, too.
9       Q.  Where were they on vacation?
10      A.  Oh, I cannot even remember.   13:07:09
11      Q.  Were they driving back through
12  Oklahoma City?
13      A.  No. They were driving back from
14  somewhere back to, back to Akron. They were
15  coming up from somewhere. I had met him coming   13:07:20
16  from Oklahoma City to find my way to where he
17  was at.
18      Q.  Okay. So you guys had planned to
19  meet somewhere in the middle, and you'd follow
20  him the rest of the way?          13:07:32
21      A.  No. Didn't even plan. It was
22  pretty much while I'm driving, he's calling
23  saying, hey, I'm coming back from vacation.
24  I'm like, hey, I'm at such and such a place.
25  I'm very close by there, whatnot, you know.   13:07:43

Page 57

1   Actually, yeah, that's exactly how that
2   happened. He called me, and we kind of met up.
3   It was nothing that was like prearranged or
4   anything.
5       Q.  Was it prearranged for you to stay   13:07:56
6   at his home for some time?
7       A.  No, sir.
8       Q.  So you came up, and instead of
9   getting a hotel or something like that, you
10  stayed at his house?          13:08:05
11      A.  That is correct.
12      Q.  After that had you ever stayed at
13  his house for any extended periods of time?
14      A.  Oh, no, sir.
15      Q.  So it was just that. Was your son   13:08:11
16  with you?
17      A.  Yes. My son was with me for a
18  short time. He was there for the first couple
19  of days. But for that time, I had sent my son
20  to Atlanta to my dad's.          13:08:24
21      Q.  So you start in what store in the
22  Cleveland area?
23      A.  I start in the Mayfield.
24      Q.  Okay. And what position did you
25  hold in Mayfield?             13:08:34

15 (Pages 54 to 57)

Michael Graham

Page 58

1    A.  I was the tech senior.
2    Q.  And was this -- I think from our
3  discussion, this would be the fourth time,
4  based on your recollection, that Best Buy hired
5  you? I have two in Florida, one in Atlanta,        13:08:47
6  one in Ohio.
7    A.  That is correct.
8    Q.  And you said that the Oklahoma City
9  was a transfer, and you remained employed all
10  the way to Castleton, Indiana?                     13:09:01
11    A.  Right. I got transferred from
12  Oklahoma City. That's how I was able to get a
13  relocation, because I was an employee there.
14    Q.  Okay. And so hired, you've been
15  hired in total four times by Best Buy?            13:09:09
16    A.  That is correct.
17    Q.  Okay. And so you come as a tech
18  senior at Mayfield. What was Mark Rankin's
19  position?
20    A.  He was the sales manager.              13:09:19
21    Q.  Did you report to Mark at that
22  time?
23    A.  Yes. He was my immediate boss.
24    Q.  How long did you stay at the
25  Mayfield store?                                    13:09:31

Page 59

1    A.  It wasn't very long. I want to say
2  maybe a few months.
3    Q.  Okay. Were you promoted at all
4  while you were there?
5    A.  Yes. I was promoted.                    13:09:49
6    Q.  To what?
7    A.  To the PC area manager.
8    Q.  By Mark Rankin?
9    A.  Yes. By Mark Rankin.
10    Q.  Okay. So at this point you were      13:09:58
11  promoted in Ohio. Did you receive any
12  promotions while you were in Indiana?
13    A.  While I was in Indiana, no.
14    Q.  How many times do you recall being
15  promoted by Best Buy? It seems like a number    13:10:12
16  of times you were promoted during your
17  employment.
18    A.  Not necessarily. I mean, I was
19  part-time with the senior, so that's one
20  promotion. Then being a senior to a              13:10:22
21  supervisor, that's two. Coming in as a
22  technician to a manager, that's three times.
23  And four if you count when I had to go back
24  down to a senior, then I went to Castleton,
25  Indiana as a supervisor.                          13:10:45

Page 60

1    Q.  Okay. And so Mark Rankin and the
2  store in Mayfield promote you to the PC area
3  manager position?
4    A.  Mark Rankin.
5    Q.  Mark Rankin?                            13:10:57
6    A.  Right.
7    Q.  Why do you say it's just Mark
8  Rankin?
9    A.  He was the only one that was
10  sitting in the interview.                          13:11:03
11    Q.  Presumably he had to get the okay
12  from somebody else, right?
13    A.  No.
14    Q.  You don't think he had to?
15    A.  No.                                     13:11:11
16    Q.  Okay. So Mark Rankin promotes you.
17  And you change stores?
18    A.  That is correct.
19    Q.  Why?
20    A.  Well, because we was a brand new       13:11:21
21  store, and it was time to start getting a lot
22  of things done to get it open.
23    Q.  What was that, the new store that
24  you transferred to?
25    A.  The new store that I transferred to    13:11:32

Page 61

1  wasn't even built yet.
2    Q.  And that was in Macedonia?
3    A.  That's the Macedonia location.
4    Q.  And did Mark Rankin move with you?
5    A.  Yes. That was his store that he         13:11:41
6  was taking over. He got a promotion.
7    Q.  What position did he hold in
8  Macedonia?
9    A.  General manager.
10    Q.  So Mark is promoted. And then I'm      13:11:50
11  assuming he comes to you and asks you to move
12  to the Macedonia store?
13    A.  I was able to apply for the
14  position to come to the Macedonia store.
15    Q.  Did he encourage you to come with      13:12:01
16  him?
17    A.  No. That was something that I
18  jumped onto myself.
19    Q.  And I'm assuming though he accepted
20  the application and brought you on board?         13:12:10
21    A.  That is correct.
22    Q.  He made the decision to hire or
23  fire you, or whether to transfer you?
24    A.  That is correct. He was the one
25  that called the shots.                             13:12:18

16 (Pages 58 to 61)

Michael Graham

Page 66

1    Q.  Okay.  How long were you, was this
2  team working out of a hotel to get the store
3  set up, approximately?
4    A.  I would say maybe two, three
5  months.                          13:16:16
6    Q.  While the store is being built and
7  set up?
8    A.  Built and things, yes, sir.
9    Q.  Okay.  When did the Macedonia store
10  open?  When did you actually start working out   13:16:27
11  of the store?
12    A.  Sometime -- I can't answer that
13  question, honestly.  It would be the end of
14  October, beginning of November, somewhere
15  around that time.                 13:16:46
16    Q.  Of what year?
17    A.  Of '04.
18    Q.  And who did you report to in
19  Macedonia?  Was it to Mark, or was there
20  somebody in between the two of you?      13:17:04
21    A.  Yeah.  We had somebody report to
22  us.  That was the sales manager -- what's his
23  name.
24    Q.  That was the individual you don't
25  know who it was?                 13:17:14

Page 67

1    A.  Right.  I can't remember.  I can't
2  think of his name right now.
3    Q.  Did he stay there throughout your
4  employment?
5    A.  Yes.  He was there.         13:17:22
6    Q.  Throughout the rest of your
7  employment?
8    A.  That is correct.
9    Q.  Did you have any problems with him?
10    A.  No, sir.                 13:17:27
11    Q.  And so you reported to the sales
12  manager, who you don't know his name?
13    A.  I can't remember his name at this
14  time.
15    Q.  Okay.  And then Mark Rankin.  Those   13:17:33
16  were the two in the store that you reported to?
17    A.  And Mark Rankin I also reported to.
18    Q.  Okay.  And did you hold the same
19  position throughout your employment at the
20  Macedonia store?                 13:17:48
21    A.  Yes, sir.
22    Q.  What does a PC area manager do?
23    A.  Overall, I oversee floor sales and
24  repair services, make sure sales goals are met,
25  hiring, firing, training.  That's it.    13:18:03

Page 68

1    Q.  Did you have any -- when it's PC
2  area, what is that?  Is that like the computer
3  department or what --
4    A.  Right.  Computer and computer
5  services.                       13:18:20
6    Q.  Okay.  Computer services as well.
7  What does that -- what's computer services?
8    A.  Oh, that's like, you know, if your
9  computer is not functioning properly, you can
10  bring it in and receive services and things.   13:18:30
11    Q.  Is that the Geek Squad, or is that
12  something separate?
13    A.  Geek Squad.
14    Q.  So the Geek Squad actually reported
15  to you?                          13:18:38
16    A.  That is correct.
17    Q.  So the Geek Squad and the actual
18  sales floor reported to you in the computer
19  department?
20    A.  That is correct.          13:18:44
21    Q.  How many total employees reported
22  directly to you in Macedonia, approximately?
23    A.  Approximately, I would say 20.
24    Q.  During your employment with Best
25  Buy, prior to this you had been a supervisor   13:19:00

Page 69

1  prior to that, right?
2    A.  That is correct.
3    Q.  Had you ever supervised this many
4  employees during your tenure with Best Buy?
5    A.  Yes, sir.                 13:19:11
6    Q.  Where at?
7    A.  Atlanta.
8    Q.  Okay.  What was your position then?
9    A.  I was just the PC supervisor.
10    Q.  Similar role?            13:19:19
11    A.  Similar role.  That is correct.
12  That is correct.
13    Q.  Okay.
14        MR. CAMPBELL:  Why don't we take a
15  short break, about a five-minute break, and    13:19:27
16  then we'll pick up here.
17        MS. ROWLES:  Sure.
18        (Thereupon, a recess was taken.)
19    Q.  We left off, you had just moved
20  into the PC area manager role at the Macedonia   13:28:00
21  store.  I want to ask you a little bit about
22  that.  Did you actually hire the 20 people who
23  reported to you?
24    A.  Yes.  I did a majority of the
25  hiring.  Of course, I've had partnerships with   13:28:19

18 (Pages 66 to 69)

Michael Graham

Page 70

1  my sales manager and with Mark.
2      Q.  But you were at least involved in
3  the hiring of all the people you supervised?
4      A.  Of the interviewing, yes, sir. And
5  there was a couple people that I didn't speak     13:28:31
6  to specifically that, you know, Mark brought
7  aboard. And it could have been due to the fact
8  that maybe I was out of the building when they
9  came in for the interviews or something.
10     Q.  Okay. And at the Macedonia store,     13:28:43
11  let me just ask you about some of the -- and
12  this is, I'm assuming the Macedonia store was.
13  the policies and practices were consistent with
14  other stores that you've worked at?
15     A.  Yes.     13:29:00
16     Q.  So tell me about the discount
17  policies. Is there an employee discount at
18  Best Buy?
19     A.  Yes. Employee discount. If you're
20  an employee, you get a discount.     13:29:12
21     Q.  Is the amounts, or is the discount
22  a percentage, or what is it?
23     A.  At Best Buy, different items was
24  different. So I would say it was different
25  percentages on different items.     13:29:25

Page 71

1      Q.  Okay.
2      A.  Because there wasn't no set this
3  was what you get.
4      Q.  So it depends on what you're buying
5  is dependent upon the discount?     13:29:32
6      A.  That is correct.
7      Q.  And is there a -- I guess, are
8  there safeguards at Best Buy when you're -- I
9  know some retailers as to employee discounts
10  you have to have certain people ring up the     13:29:46
11  purchase in order to verify there's no. I guess
12  that there's no employee fraud. Are there any
13  safeguards in place at Best Buy as to the
14  purchases with the employee discounts?
15     A.  No. You're able to just take an     13:30:01
16  item and go up there to the register.
17     Q.  Now, you were a supervisor. How
18  about associates, if an associate --
19     A.  An associate could just go to the
20  register.     13:30:13
21     Q.  Just go to the registers?
22     A.  Yes.
23     Q.  And I take it all, that the
24  register was all computer --
25     A.  Computerized.     13:30:19

Page 72

1      Q.  And the computer would tell you how
2  much discount, it would just run through like
3  any other purchase?
4      A.  It would do it automatically. That
5  is correct.     13:30:27
6      Q.  So would it do it automatically if
7  you went to another store as well?
8      A.  Yes. It's -- I believe they ask
9  for like your employee number, they punch that
10  in. and then the system will toggle to do the     13:30:37
11  discount.
12     Q.  Okay. And let me just ask you. I
13  had asked you about whether you had hired or
14  were involved with the hiring of people you
15  supervised. Nicholas Lacasio in the Geek     13:30:49
16  Squad. did you hire him?
17     A.  Nick. I interviewed him.
18  Everybody that was brought aboard for my team,
19  Mark hired. We do what we call a third final
20  interview. And that's the interview that, you     13:31:05
21  know, if he feels they would be a good fit for
22  the store, he'll bring them aboard. If not, he
23  won't bring them aboard.
24     Q.  I thought you said you had some
25  input.     13:31:17

Page 73

1      A.  I had some input with the
2  interviewing. But you asked me if I hired.
3      Q.  Okay. Did you approve or
4  disapprove of Nicholas Lacasio as being hired?
5      A.  I agreed with every hire.     13:31:27
6      Q.  With every hire?
7      A.  Yes.
8      Q.  And you called him Nick. Did you
9  know Nick well?
10     A.  I didn't know him well. He was     13:31:33
11  just a guy that worked with me.
12     Q.  Did you have any problems with
13  Nick?
14     A.  Nick, at the end for a minute Nick
15  was -- there was a couple times I had to     13:31:47
16  document him on occasion for performance and
17  things like that. I had to document Nick. But
18  overall, I mean, he was a good individual.
19     Q.  Okay. Andrew Degenero. Are you
20  familiar with Andrew?     13:32:06
21     A.  Andrew Degenero -- Drew. Yes, sir.
22     Q.  Okay. Did you hire, were you
23  involved in the decision to hire Drew?
24     A.  Actually, that was Mark Rankin
25  brought him aboard.     13:32:17

19 (Pages 70 to 73)

Michael Graham

Page 74

1    Q.   Did Drew report directly to you?
2    A.   Yes.
3    Q.   Did you have any problems with
4    Drew?
5    A.   A little bit here and there, yes,      13:32:25
6    sir.
7    Q.   Like what?
8    A.   I know like he had to get, like if
9    I say -- I don't know, like a decision that I
10   would make or something, he would want to go to   13:32:36
11   Mark to get the final we can do that.
12   Q.   Okay. So it was a matter of him
13   just not following your directions?
14   A.   Right. He was what I would call a
15   gunslinger, I guess. I had a difficult time      13:32:48
16   trying to get on the same wavelength and page
17   with him. Because anything I asked him to do,
18   he would go to Mark and, you know, double check
19   or question any things that I do.
20   Q.   Did you have any other problems      13:33:01
21   aside from that with Drew?
22   A.   Other than that, no. And I talked
23   to him just numerous times as far as just
24   dealing with people. He was actually kind of
25   thrown into my department as a senior. He      13:33:18

Page 75

1    wasn't my original senior.
2    Q.   Okay.
3    A.   He was actually Wayne Jones' senior
4    in home theater, and they brought him over to
5    computers. It was just his way of talking to      13:33:29
6    people. When it came to discipline and stuff,
7    he came out and things like that, and I've
8    had to have conversations with him about that.
9    Q.   Any other problems with Drew?
10   A.   None at this time, that I can      13:33:41
11   remember.
12   Q.   Now, getting back to the discount,
13   the discount is dependent upon what you're
14   buying as an associate?
15   A.   Depends on the item, yes. That is      13:33:51
16   correct.
17   Q.   Okay. And some of the other
18   policies, I'm assuming that when you were
19   hiring, that you and Mark Rankin, you hired
20   with, you followed a no discrimination policy?   13:34:05
21   A.   I myself followed a no
22   discrimination policy. That is correct.
23   Q.   And Best Buy's written policies are
24   no discrimination, it's prohibited?
25   A.   That is correct.      13:34:19

Page 76

1    Q.   And Best Buy's written policies
2    prohibit all forms of harassment?
3    A.   That is correct.
4    Q.   You're familiar with all those?
5    A.   I'm familiar, yes.      13:34:27
6    Q.   As a manager, you not only were
7    familiar but you enforced those policies?
8    A.   That is correct.
9    Q.   If you would have seen one of your
10   subordinates discriminating against somebody,   13:34:36
11   you would have taken action?
12   A.   Yes, sir.
13   Q.   And you knew that there was a
14   complaint procedure at Best Buy?
15   A.   I knew we had an open line policy.      13:34:42
16   Q.   What were the open lines?
17   A.   There was a number that you could
18   call to report an incident.
19   Q.   Was that anonymous or not?
20   A.   Yes. You had the choice.      13:34:51
21   Q.   Okay. And I'm assuming you could
22   go also, the open door, you could go out to
23   Mark or somebody else to let them know there
24   was an issue?
25   A.   To be honest with you, the calling      13:35:05

Page 77

1    the number -- I mean, granted they, people have
2    open door policies, but if you're not
3    comfortable with going to a person --
4    Q.   You can call the number?
5    A.   -- you would just call that number.      13:35:17
6    Q.   Okay. While you were at Mayfield,
7    then, you know, we're talking about Mayfield,
8    did you ever use the open line while at
9    Mayfield?
10   A.   Used it at the Mayfield store, no.      13:35:29
11   Q.   Did you have any problems while you
12   were at the Mayfield store?
13   A.   No, sir.
14   Q.   Okay. Then the Macedonia store,
15   before your termination, before you were      13:35:42
16   terminated, did you ever use the open line?
17   A.   Did I use the open line, no, sir.
18   Q.   Before termination?
19   A.   Before termination, no, sir.
20   Q.   Before you were terminated -- and I   13:35:54
21   understand that obviously you think the
22   termination is unlawful and unwarranted?
23   A.   Right.
24   Q.   Before you were terminated, did you
25   have any problems at the Macedonia store?      13:36:02

20 (Pages 74 to 77)

Michael Graham

Page 78

1    A.   Are you -- and just to be on the
2  same page with you, on termination, are you
3  talking about the day that I sat down and spoke
4  with Tim and Mark, or are you talking about the
5  actual termination, when my termination went          13:36:15
6  into effect?
7    Q.   Just start first of all with before
8  they sat down. And I'm assuming they
9  questioned you about the incident?
10   A.   Right.                                          13:36:24
11   Q.   Before that day. Because obviously
12 you disagreed with that, right?
13   A.   Right.
14   Q.   Before that day, had you ever had
15 any problems at the Macedonia store?                   13:36:30
16   A.   Yes.
17   Q.   Okay. What were those?
18   A.   Wow. There's a number of them.
19 One, even with the hiring, Wayne Jones
20 interviewed an African male to be a senior in          13:36:46
21 his department. Mark Rankin was against it,
22 because he felt like -- with the conversation
23 that Mark had with that individual, he felt
24 like he, I guess, didn't have like the get up
25 and go type attitude, like somebody that was           13:37:06

Page 79

1  going to be out there and be a go-getter on the
2  sales floor. So he wouldn't bring him aboard.
3  Instead he brought Drew. Two, there was
4  another African American --
5    Q.   Well, let's go through it. I don't         13:37:17
6  want to cut you off, but on that one, did you
7  think that Mark was not hiring him because of
8  his race, or did you just disagree with the
9  decision?
10   A.   Wayne Jones -- I thought that it            13:37:24
11 was because of the race. Did not say nothing.
12 Wayne Jones also thought it was because of the
13 race and stuff. And we did not say anything.
14   Q.   Okay.
15   A.   And the African American guy was a          13:37:38
16 guy that was not working with Best Buy. And
17 Drew was. And Drew transferred in from another
18 location. But we just know that he brought in
19 Drew. Drew wasn't who Wayne wanted in the
20 first place.                                           13:37:54
21   Q.   But so why did you guys think it
22 was race?
23   A.   Because the guy was qualified. I
24 mean, I had talked to him, Wayne talked to him.
25 He seemed like a good fit. He appeared to be a         13:38:04

Page 80

1  good fight.
2    Q.   But Mark told you that he didn't
3  think that he was a good fit, and he had
4  reasons aside from race?
5    A.   He didn't say it was a good fit.            13:38:13
6  His excuse was -- even before going into that
7  interview with that gentleman, we had known of
8  an employee -- I had not met Drew at the time,
9  but he knew of somebody that was within the
10 company that wanted to transfer. And I can't           13:38:28
11 say for honestly, but I felt like Mark already
12 knew who he wanted to put in that particular
13 slot.
14   Q.   The person who wanted a transfer?
15   A.   That is correct.                            13:38:41
16   Q.   Why do you think that was race
17 though? I mean, it's one thing if I knew that
18 I wanted to bring someone in from internal and
19 they already have experience. That doesn't
20 necessarily correlate with race.                       13:38:52
21   A.   There's incidents that happened,
22 you know, even before that.
23   Q.   Before that with who?
24   A.   Just with Mark, things that I would
25 step back and -- when you asked me was I               13:39:02

Page 81

1  offended, things that I would be offended for.
2    Q.   Well, we talked about, you said
3  that in Indiana there was some jokes that you
4  didn't find offensive?
5    A.   That's correct. I'm talking about         13:39:13
6  during the time we were hiring and getting
7  ready for our store opening.
8    Q.   So in Mayfield you didn't have any
9  issues with Mark?
10   A.   In Mayfield I didn't have any             13:39:20
11 issues with Mark.
12   Q.   When you're hiring you say that you
13 had some issues with Mark?
14   A.   Yes, sir.
15   Q.   This one interview. What other           13:39:26
16 incidents with Mark?
17   A.   There was the incident -- well, my
18 girlfriend called me, and she was pregnant at
19 the time and was bleeding and stuff. I'm up
20 here at work. She called me, hey, I need you    13:39:40
21 to take me to the hospital and this and that.
22 And I said, okay, hey, I'm at work, let me talk
23 to Mark, let him know what's going on. So I go
24 over to Mark. Mark is aware that the young
25 lady is pregnant and everything as well. Said,  13:39:52

21 (Pages 78 to 81)

Michael Graham

Page 82

1   hey, she's -- I don't know if she's having a
2   miscarriage or whatever. I need to take her to
3   the hospital. or whatever. He snapped at me in
4   front of everybody. When I say everybody. all
5   the other managers, and even a few line level      13:40:05
6   staff. And his exact words was I didn't bring
7   you to Ohio to be a jiggilo and impregnate
8   somebody, or whatever, and your
9   responsibilities is here, whatever.
10          I know that like with Todd. or even      13:40:19
11  with our sales manager, when they had issues.
12  that he would handle that behind closed doors.
13  But he handled mine like openly in front of
14  everybody. But the top of, the flip of that,
15  there was an incident with Todd Scaleric. which      13:40:34
16  is a white male, wanted to leave work just to
17  go close on his house. Mark was like, hey.
18  okay, fine, you know.
19      Q.   Okay. But Mark let you leave?
20      A.   No. I walked out. It wasn't --      13:40:45
21      Q.   Did he discipline you for walking
22  out?
23      A.   Did I get written up is your
24  question?
25      Q.   Yes.                          13:40:57

Page 83

1       A.   No. I didn't get documented.
2       Q.   So he let you walk out?
3       A.   No. I walked out. He didn't --
4       Q.   He could have disciplined you for
5   leaving and terminate you for job abandonment.      13:41:04
6   You might have disagreed with that, but if he
7   felt that --
8       A.   Well. that would have been false.
9   because that's not the definition of job
10  abandonment.                          13:41:15
11      Q.   Well. certainly if you're working a
12  shift, you're not allowed to just leave any
13  time you want, correct?
14      A.   That is correct.
15      Q.   So if he wanted to say you left      13:41:22
16  your shift inappropriately. here's a leave
17  early under the attendance policy. he could
18  have done that?
19      A.   You would have to ask Mark about
20  that. I know that I walked off.      13:41:31
21      Q.   But he gave you no points and no
22  discipline as a result of that?
23      A.   I wasn't documented.
24      Q.   Okay. Did he say to you the next
25  day you shouldn't have left?      13:41:40

Page 84

1       A.   No. I still had to work my hours
2   and make it up. And I know as far as Todd
3   Scaleric is concerned, he didn't have to make
4   up any time.
5           There was another incident with a.      13:41:50
6   during the hiring, with an African male named
7   Terrance. He did not have a high school
8   diploma, so Mark wouldn't bring him aboard.
9   Then I talked to Mark said, hey, he's a good
10  kid, showed initiative coming in here dressed      13:42:10
11  up, he's sharp. So we decided, hey, if he gets
12  his diploma, he was applying to be a car
13  installer, so we decided if he got his diploma,
14  bring it in here. Mark even told him, hey,
15  we're going to save a spot for you. So granted      13:42:24
16  this guy get his diploma, comes back, says.
17  hey. I did it, I got it, whatever. Instead of
18  putting him in -- once the store is open. okay,
19  instead of putting him in the car install bay,
20  Mark puts him on the car sales floor, which the      13:42:40
21  guy's experience wasn't sales. it was doing
22  installs. which he had did around the house.
23          We also pay our installers more
24  money than we pay our sales staff. And they
25  also do work more hours. because they're doing      13:42:59

Page 85

1   the repairs, going into people's cars. things
2   like that. They do make more money than our
3   car sales people.
4           So the guy's unhappy, starts
5   complaining to Mark like, hey. I thought I was      13:43:12
6   being brought aboard to be an installer. and
7   this and that. I didn't know he had talked to
8   Mark on numerous occasions. He came and got me
9   involved with that, hey. talk to Mark, he's
10  like brushing me off and things when I talk to      13:43:23
11  him. I'd have a conversation with Mark, I'm
12  like. hey, this guy got his diploma, whatever.
13  what's going on. why is he not back there.
14  Mark's response to me was like I'm the GM. I
15  can do whatever it is that I want, what have      13:43:36
16  you.
17          Then this, and what made matters
18  worse. Mark cut his hours. The guy went from
19  working like 30, 35 plus hours to working like
20  five, six hours. And then on top of that,      13:43:53
21  same gentleman. his girlfriend wanted to get a
22  job there. Mark said that we don't hire
23  couples in at our store. But yet there was a
24  white female that worked in our media
25  department and Mark allowed her boyfriend,      13:44:10

22 (Pages 82 to 85)

Michael Graham

Page 86

1  which was a white male, to come and work at the
2  store. Which he had knowledge of that they
3  were a couple.
4      Q.   Okay.
5      A.   There was another incident with the    13:44:21
6  TVs. We had customers coming in, buying TVs,
7  there was people returning TVs. Now, I've sat
8  on numerous times when a person, a white male,
9  female return a television, it was like, hey,
10  it didn't work out for you, hey, let's offer    13:44:40
11  you a discount, okay, if you don't want that
12  we'll go ahead and do a return. There was an
13  older African American male that Mark wanted to
14  charge a 15 percent restocking fee, because the
15  guy wanted to return his TV.    13:44:54
16      And then this was another situation
17  that I had a run-in with Drew when I got wind
18  of what's going on. I didn't know Mark told
19  the cashier that we're charging him a 15
20  percent restocking fee. Alls I know is that I    13:45:04
21  had Drew up there saying it's going to be a 15
22  percent restocking fee if you want to return
23  this, what have you, this and that. Then I got
24  involved. I was like Drew, go away. He
25  wouldn't go away. He kept standing there. And    13:45:15

Page 87

1  the guy was getting more upset. I'm like,
2  Drew, I'll handle this, I'll take care of this.
3  I was like, sir, I apologize, what's going on.
4  I got like wind of the situation, looked on the
5  back of his receipt. I was like no, I'm sorry,    13:45:23
6  we don't charge a 15 percent restocking fee. I
7  apologize. I probably have to communicate
8  better with my staff as far as our return
9  policy.
10      Anyway, I go up to the back room,    13:45:35
11  after that conversation I go back to the back
12  room, I speak to Mark. I was like Drew was up
13  there trying to charge the guy a restocking
14  fee. I was like we don't charge restocking
15  fees on TVs. He already charged him. You go    13:45:45
16  up there and you charge him a restocking fee.
17  And I told Mark I'm not going to do anything
18  that I know that I'm not supposed to do, or
19  whatever. So if you want to charge this guy a
20  restocking fee, you can go up there and do it.    13:45:55
21      Q.   Did he?
22      A.   I stayed away from that. No. The
23  guy -- honestly, I couldn't tell you if -- no,
24  he wasn't charged a restocking fee. He
25  couldn't do the return that day, because it was    13:46:09

Page 88

1  something that we had to pick it up first. And
2  once our delivery guys say they have it, then
3  they would return it to his credit card.
4      But later that time he came in
5  another day to do the return. I was present.    13:46:20
6  I called Stacey. I said Stacey, I just want to
7  let you know I got this customer here, I'm not
8  going to charge him a restocking fee. He was
9  in here before. Mark had wanted me to. So
10  just in case, you know, Mark fusses at me or    13:46:34
11  tries to docu me going against what he said. I
12  just wanted to let you know of the issue of him
13  or what's going on, or whatever.
14      I made that call to Stacey right in
15  front of a female named Suzy who processed the    13:46:47
16  return for the customer, and he wasn't charged
17  a restocking fee.
18      Q.   When on the restocking -- are there
19  restocking fees at times?
20      A.   Yes. Only on computers. Laptops,    13:47:00
21  open laptops that are non defective that are
22  open. Now, granted, if you bring a TV back and
23  it's missing a remote control and things like
24  that, they would charge you something for
25  missing the parts.    13:47:21

Page 89

1      Q.   Okay.
2      A.   But I couldn't tell you -- I know
3  that the TVs weren't part of the restocking
4  fee, but there were other items that would
5  qualify as a restocking fee.    13:47:31
6      Q.   Well, you just said TV if there
7  wasn't a remote?
8      A.   Well, yes, if you brought something
9  back and it was missing this or missing that.
10  I cannot remember at this time what the Best    13:47:42
11  Buy term was for if it was missing you
12  have to charge them this. It wasn't a
13  restocking fee. It was like a certain dollar
14  amount. They even had like a written out thing
15  if it was missing a remote, you deduct this off    13:47:55
16  the price.
17      Q.   Now, you sold PCs not TVs, right?
18      A.   I was responsible for the PCs, but
19  I've sold everything that was in that store.
20      Q.   But you were not responsible for    13:48:09
21  TVs?
22      A.   No. I was not responsible.
23      Q.   Why did you take it upon yourself
24  to get involved in this restocking fee issue?
25      A.   Because I'm the only manager on    13:48:17

23 (Pages 86 to 89)

**Page 90**

1  duty. Even though I'm the PC area manager, I
2  had keys to the store. That's why we were
3  fortunate to have seniors within our
4  department, because I can't be in services and
5  in the sales support at the same time. Because   13:48:30
6  there was times that Mark is not there, my
7  sales manager is not there. There would be
8  times where it's just me there, because I open
9  and close the store and everything.
10      Q.  When the gentleman came in at   13:48:41
11  first, he didn't have his TV with him, right?
12      A.  That is correct.
13      Q.  Without seeing the TV, how did you
14  know that there shouldn't be a restocking fee?
15      A.  Because I know that there's no   13:48:51
16  restocking fees on our TVs.
17      Q.  You knew he had a remote?
18      A.  That part I did not know.
19      Q.  You knew that the TV was perfectly
20  fine and no issues?   13:49:01
21      A.  That part I did not know.
22      Q.  Don't you think that it would have
23  been appropriate to see the TV before you
24  conclude that there should be no restocking
25  fee?   13:49:11

**Page 91**

1      A.  What I knew, it wasn't appropriate
2  to charge him a restocking fee. And keep,
3  again, don't mix not having a remote is going
4  to be a restocking fee, because it's not the
5  same thing. A restocking fee is for something   13:49:17
6  that you bring back that is --
7      Q.  Okay. Do you know if Rankin
8  actually saw this gentleman?
9      A.  Did Rankin -- no. Drew was being a
10  messenger.   13:49:31
11      Q.  So how do you know that Rankin -- I
12  assume that you're claiming that Rankin did
13  this because this gentleman was black?
14      A.  Yes.
15      Q.  Why do you think Rankin did that?   13:49:38
16  How if he didn't see him?
17      A.  The -- no. I did not say that
18  Rankin did not see him.
19      Q.  You just don't know?
20      A.  No. Rankin talked to the guy. The   13:49:48
21  guy spoke to our general manager. I had a
22  conversation with the guy. Mark Rankin went
23  back there in the break room and had Drew being
24  the messenger, running back and forth.
25      Q.  So Mark talked to him?   13:50:00

**Page 92**

1      A.  Mark talked to him first,
2  originally.
3      Q.  Okay.
4      A.  And then went back there to the
5  break room. Then Drew is running from the   13:50:06
6  break room going back up there to the front.
7  Well, the guy said this, go back there to Mark,
8  and then come back out there and talk to the
9  guy again.
10      Q.  So this TV was actually delivered   13:50:16
11  by Best Buy to the house?
12      A.  Right. That is correct.
13      Q.  And Best Buy, as part of the
14  return, was going to have to go out and get the
15  TV and bring it back?   13:50:25
16      A.  That is correct.
17      Q.  And it's opened. And there's no
18  restocking fee whatsoever?
19      A.  There's no restocking fee
20  whatsoever.   13:50:31
21      Q.  Who pays to bring it back to the
22  store?
23      A.  As far as on a P&L line, I'm not
24  sure what item actually pays for that. But
25  that is our policy.   13:50:39

**Page 93**

1      Q.  Is it the customer?
2      A.  Well, no. Because they normally
3  pay for shipping originally.
4      Q.  And with your understanding of
5  TVs --   13:50:45
6      A.  Right.
7      Q.  -- I could go into Best Buy
8  tomorrow and buy a flat screen TV?
9      A.  Yes, sir.
10      Q.  Bring it to my home?   13:50:50
11      A.  That is correct.
12      Q.  And not like it?
13      A.  That is correct.
14      Q.  Call up and say, hey, I'm returning
15  this, I want my full money back, and you guys   13:50:57
16  come back and pick it up?
17      A.  To my knowledge, that is correct.
18      Q.  That's your knowledge, that's your
19  understanding?
20      A.  Yes, sir.   13:51:06
21      Q.  Doesn't depend on anything about
22  the number of days?
23      A.  You have to stay within your return
24  policy. Another thing that I did that day,
25  because like you said, I wasn't responsible for   13:51:14

24 (Pages 90 to 93)

Michael Graham

Page 98

1     A.  I said we did two things.
2     Q.  What were the --
3     A.  The other thing was if it was
4  something that we weren't making money off of.
5  or whatever. we would send it back.          13:54:45
6     Q.  Okay.  Send it back to the
7  manufacturer?
8     A.  Right.  That is correct.
9     Q.  Okay.  What are discontinued
10  products?                                  13:54:52
11    A.  Discontinued is stuff that we start
12  taking a margin loss off of.  And basically
13  older, older inventory items.
14    Q.  And let's just focus on the laptops
15  and PCs again.  So I take it that in your    13:55:06
16  department, just focus in your department, you
17  have a certain amount of inventory of a certain
18  laptop.  Is that, I mean, you'd have inventory
19  back in the store?
20    A.  That is correct.               13:55:20
21    Q.  All right.  And let's just say that
22  you're selling a laptop, a new model comes
23  out --
24    A.  Comes out.
25    Q.  -- the older model, is that -- and   13:55:24

Page 99

1  they're no longer making that older model.  Is
2  that discontinued, or when is it considered
3  discontinued?
4     A.  Not necessarily.  And. actually.
5  one of the unique things about Best Buy is like   13:55:35
6  even ahead of time there would be a list that
7  they would send down and say okay, hey, these
8  items, laptops, are going to be going
9  discontinued on this date.  Hurry up and sell
10  them before this date or you're going to be    13:55:49
11  losing money on these.
12    Q.  These are the things that if you
13  can sell before this discontinuation date you
14  would?
15    A.  Right.  Mark would have us      13:55:59
16  highlight the sale tags in my department,
17  highlight the sale tags so it made it easier
18  for a line level employee to go, hey, I know
19  that this is going discontinued, let me hurry
20  up and go ahead and move this.         13:56:12
21    Q.  Once it goes discontinued, you
22  would still sell it, it's just it would come
23  down in price?
24    A.  Now, once it went discontinued,
25  Mark had us send it back to the vendor.    13:56:22

Page 100

1     Q.  So you didn't have any discontinued
2  products that you sold on the floor?
3     A.  We still had discontinued items.
4  Granted, you can't -- I call it building Rome
5  overnight.  You can't take all your stuff and    13:56:34
6  send it all out at one time.  I know they had
7  certain weight constraints, because you would
8  put everything on a pallet, and once that
9  pallet is full, you would fill it up, send that
10  off.  But we sent things time from time. we    13:56:47
11  would just pack up -- but it was new, unopened,
12  nobody's even bought it. returned it or
13  anything, we would take it, put it in the
14  warehouse. Todd Scaleric would send it back to
15  the vendor, and we get credit on it.  So it's   13:56:59
16  like better than selling it to somebody.
17    Q.  So if something is discontinued,
18  could you as a Best Buy associate purchase that
19  discontinued item?
20    A.  Oh, yeah.  You could purchase it.   13:57:09
21    Q.  Okay.
22    A.  Well, you would -- if we were
23  losing money on it, honestly. if we were losing
24  money or something like that and somebody
25  wanted to buy something. I would actually have   13:57:17

Page 101

1  to call Mark and let him know the situation, to
2  see if it was okay for that person to go ahead
3  and purchase it.
4     Q.  Because you could return it to the
5  manufacturer?                            13:57:28
6     A.  Yes.  Because we would send it back
7  to the vendor.  That is correct.
8     Q.  Okay.  If it's discontinued and
9  used, can you return that to the manufacturer?
10    A.  Yes.                          13:57:36
11    Q.  Okay.  So --
12    A.  As long as you have like a box or
13  something to put it in. you can still send it
14  back.  That is correct.
15    Q.  Okay.  As an associate, could you   13:57:44
16  buy used product in the computer area?  Could
17  you buy used PCs or computers?  Like if I
18  returned it, I've used it, I've returned it,
19  it's not defective, I just don't like it?
20    A.  If it's a newer item that was    13:57:58
21  purchased and was returned and somebody wanted
22  to buy it, I wouldn't have to call Mark to get
23  the partnership on it.  I could go ahead and do
24  it, because it would be something that I could
25  call myself.  If it was something that we were   13:58:11

26 (Pages 98 to 101)

Michael Graham

Page 106

1 But Mark felt, I don't know,
2 inferior in dealing with Wayne Jones. Wayne's
3 a little bit bigger than me, but he would send
4 me to talk to Wayne, or whatever. If he had
5 something that needed to go to Todd or anybody    14:02:30
6 else, he wouldn't say, hey, can you go.
7     Q.   Did he send anybody to talk to you
8 or did he go directly to you?
9     A.   He would come to me.
10    Q.   So was it because Wayne was big or    14:02:41
11 because Wayne was black or what?
12    A.   It's because he was black. I feel,
13 I myself personally feel it was black. And
14 Wayne Jones is, he doesn't -- I tend to keep
15 things to myself. I keep it in, won't say    14:02:55
16 nothing at the time. If Wayne Jones feels
17 something, he'll say it to Mark and let him
18 know where he's coming from.
19         I remember there was a time we had
20 a meeting and Mark was like is there any    14:03:06
21 manager in here that had anything that they
22 need to get off their chest, or whatever. And
23 Wayne Jones called him out and said, hey, I
24 don't appreciate it when you show up late for
25 work and call us on our day off to come in and    14:03:18

Page 107

1 open up the store for you because you can't get
2 up on time, but yet when I call in and let you
3 know that I'm sick, or whatever, you leave a
4 message on my phone like if I don't show up at
5 work at this instance, I'm going to be    14:03:33
6 terminated, or what have you.
7     Q.   So he spoke up?
8     A.   Yes. I remember him speaking up
9 that one time.
10    Q.   You didn't speak up at the time,    14:03:40
11 you didn't act like Wayne, you said you didn't
12 speak up on issues?
13    A.   I didn't say anything about that.
14 That had happened to me, but I did not say
15 anything at that time. That is correct.    14:03:51
16    Q.   But Wayne Jones -- Mark Rankin came
17 directly to you. He didn't send an
18 intermediary to you when he talked to you?
19    A.   Mark really never had to talk to me
20 about anything. And I have known Mark, again,    14:04:03
21 from the Castleton store, or whatever. I
22 myself I could describe me as always been the
23 yes man; we need to get this done, yes, okay,
24 we'll do this, no questions asked or whatever.
25 no questions asked or whatever, whatever you    14:04:17

Page 108

1 say, let me just do it, whatever, just really
2 didn't question anything. It wasn't until
3 incidents occurring, and then I got line level
4 African male employees coming to me with
5 things, and then I'm also observing things that    14:04:29
6 actually had me start questioning things. And
7 I did go to Mark and started questioning about
8 how he acts, you know, towards African males
9 and even females about some of his decision
10 making and things like that. And once again,    14:04:44
11 he responded I am the -- his attitude, I am the
12 GM. I can do whatever I want to was his
13 attitude.
14    Q.   And you're referencing, like you
15 went to talk to about this incident, like    14:04:56
16 whether sales or installer, right?
17    A.   That is correct.
18    Q.   Did you ever go to Mark and say I
19 think you're making these decisions based on
20 race, or did you just go to him and say --    14:05:04
21    A.   I went there and told him exactly
22 that Terrance feels like you're doing this
23 because of his race.
24    Q.   Did you say to Mark I think you're
25 doing it based on race, or did you put it that    14:05:14

Page 109

1 this other employee did?
2     A.   No. The only thing that I said as
3 far as put it to Mark as far as race was the
4 customer issue and the Wayne issue.
5     Q.   Okay.    14:05:24
6     A.   I specifically said the race.
7     Q.   Okay. So on a customer issue, on
8 the 15 percent, or the restocking fee, you said
9 to Mark you thought it was because he was
10 black?    14:05:34
11    A.   That is correct.
12    Q.   What did Mark say to you?
13    A.   We had a -- we had -- this is not
14 that same day. This was another time when we
15 sat down and we started talking about it, I was    14:05:47
16 talking to him about the race issue, I started
17 bringing up different occurrences of why I felt
18 that or what have you. Mark was like I'm
19 making the decisions that I'm making in the
20 stores because I'm the GM and I have the right    14:06:00
21 to do that. I can do that, and don't question
22 me on the things that I do.
23         But there was a time that me and
24 him wasn't even speaking like for a while, and
25 when I got a chance to catch up with him and    14:06:12

28 (Pages 106 to 109)

Michael Graham

Page 122

1  return that, charge them a restocking fee. It
2  wasn't until this older black male that he
3  wanted to charge him the restocking fee. And
4  before I made the decision to override that, I
5  knew it was the right thing to do, I called my      14:17:14
6  human resource manager.
7      Q.  Is human resources, are they the
8  experts as to the whether or not a restocking
9  fee should be applied?
10     A.  Myself personally, I feel like they      14:17:26
11 are. My human resource manager worked in the
12 store before. She had worked previously in the
13 store before, too. So as far as, yes, about an
14 expert, I even called, again, I called Wayne
15 Jones, which was the current —      14:17:41
16     Q.  Was he still employed by Best Buy?
17     A.  Yes, he was. And he still is, yes,
18 sir. And I called him and said what's the
19 policy with TVs.
20     Q.  Wayne Jones is still employed out      14:17:49
21 of Macedonia?
22     A.  He's currently at the — what do
23 you call that area — Fairlawn. Fairlawn
24 store.
25     Q.  Okay. So Wayne didn't think it was      14:17:57

Page 123

1  bad enough that he was going to quit or had any
2  issues with Mark Rankin?
3      A.  You said bad enough to quit?
4      Q.  Yeah. You said Wayne thought there
5  was times when there was discrimination —      14:18:08
6      A.  Wayne, that's a whole other story.
7  Wayne went over there to the Fairlawn store.
8  When me and Mark were having our real issues, I
9  mean, Wayne was already gone from that store.
10     Q.  When you said real issues, it's my      14:18:22
11 understanding that this computer was close in
12 time to your termination, right, not computer,
13 the return of the TV?
14     A.  Return of the TV, yes. That is
15 correct.      14:18:31
16     Q.  But did you have real issues with
17 Mark prior to the return of the TV?
18     A.  Yes. Because I still had the fact
19 that I had employees complaining about, you
20 know, how they were being treated and things      14:18:41
21 like that. That is correct.
22     Q.  Now, you say employees. But from
23 what we talked about, you had one — you had
24 Terrance, who came in without a high school
25 diploma that Mark hired, right?      14:18:53

Page 124

1      A.  Right.
2      Q.  What other employee came to you?
3      A.  I don't know the young lady's name
4  at this time. There was a lady, there was a
5  couple of ladies actually that worked up front      14:19:00
6  at Customer Service. I don't have their
7  information at this time.
8      Q.  And what did they tell you?
9      A.  Just with the cutting of hours and
10 things like that. What was the — my own      14:19:11
11 instances with the hiring with Wayne's senior.
12     Q.  I want to talk to you about these
13 employees' complaints. You act like that you
14 got all these complaints about Mark about race.
15 We've talked about Terrance. What did these      14:19:29
16 two people in Customer Service —
17     A.  Oh, the other guy, what is his
18 name. Kenneth. Kenneth in wireless. As a
19 matter of fact, we were in a managers meeting.
20 We had a conversation about, you know, okay,      14:19:41
21 who's at the bottom half, who should we, you
22 know — it was almost like he was creating less
23 of people that we just need to, just
24 performance manage them and fire them and get
25 them out of here, because they're not going to      14:19:54

Page 125

1  make it for us, or whatever. And Mark wanted
2  to get rid of a guy named Kenneth. He was a
3  black guy, real heavy set, what have you. He
4  worked in the cell phone department. And on
5  top of that he was a transfer from another      14:20:10
6  store. He thought he was going to be working
7  in the TV department. But because we didn't
8  have enough people in the cell phone
9  department, Mark parked him in there so he
10 didn't do so well.      14:20:23
11     I'm in the meeting, like, well,
12 before you decide to let people go, shouldn't
13 we make sure they have all the tools, or what
14 have you, that they're trained. Because I
15 don't think the guy — I've heard him talk to      14:20:33
16 customers. He doesn't seem too knowledgeable
17 about the cell phones, or what have you. So
18 shouldn't we train, this and that. They're
19 like no, he comes in, he's slouchy and this and
20 that. Me personally, I haven't seen the guy      14:20:43
21 slouch. Granted, I know he's heavy set and
22 things like that, his shirt may be wrinkled and
23 things at the bottom, but this is how Mark was
24 speaking of the guy.
25     What happened with him, his name is      14:20:56

32 (Pages 122 to 125)

Page 126

1  Kenneth, he kept complaining about, hey, I
2  wanted to go to this department, what's going
3  on. His hours also ended up getting cut.
4      Q.  Because he wanted to move to a
5  different department?          14:21:08
6      A.  Because he kept going to Mark, and
7  Mark was feeling like he's a waste, he just
8  needs to go, so they just cut the hours. No
9  different from what he did with Terrance. If
10  you're working less hours, you'll just quit and
11  go.
12     Q.  He never cut hours on white
13  employees?
14     A.  What was that again?
15     Q.  Mark Rankin never cut hours on any      14:21:27
16  white employees?
17     A.  No, he hasn't.
18     Q.  Never terminated any white
19  employees?
20     A.  Well, he terminated one for      14:21:34
21  stealing.
22     Q.  Okay.
23     A.  He terminated one for stealing.
24  That he wasn't even -- and to be honest with
25  you, that he wasn't even present for.      14:21:40

Page 127

1      Q.  Okay. Well, you worked with Mark
2  for a number of years with him as a supervisor.
3  You never saw him --
4      A.  You say a number of years, I worked
5  for him a little bit at the Castleton store,      14:21:53
6  because then I transferred to another location.
7      Q.  Okay.
8      A.  I had knew of him from the
9  Castleton store. And he was the ops manager,
10  like a cashier manager.      14:22:05
11     Q.  He was a manager there, and then he
12  was a manager in Mayfield?
13     A.  Right.
14     Q.  He never terminated white people,
15  except for one discharge due to theft?      14:22:13
16     A.  And like I said, he wasn't even
17  present.
18     Q.  No, I'm asking you that. You're
19  saying throughout that time --
20     A.  From my knowledge --
21     Q.  -- it's your testimony he's only --
22     A.  -- from my knowledge --
23     Q.  -- discharged one white employee?
24     A.  From my knowledge, that was the
25  only person, that was the only person -- you      14:22:25

Page 128

1  asked me about -- which one are you asking me
2  about, terminating white employees or cutting
3  hours? You asked me two questions.
4      Q.  First of all, terminating. You're
5  saying Mark Rankin has only terminated one      14:22:34
6  white employee, to your knowledge?
7      A.  One white employee, yes. That is
8  correct.
9      Q.  Through all those years at Best
10  Buy. Macedonia --      14:22:42
11     A.  Macedonia -- between Castleton --
12  at Castleton, I never seen him let go of
13  anybody, to be honest with you. And in
14  Mayfield, him working there while I was working
15  there was very short lived because he got      14:22:56
16  promoted. And then in Macedonia, we were, we
17  spent three, four months just opening up the
18  store, and the store wasn't even opened, and it
19  was getting into the holiday rush, and I was
20  gone in April. I mean, that time went by, so I      14:23:05
21  wouldn't say -- you say over the years, when
22  you put all that time together, that might just
23  be a year that I spent working in a building
24  with Mark Rankin. And yes, I've only known of
25  one white male to get terminated that was under      14:23:20

Page 129

1  a Mark Rankin establishment for the simple fact
2  that he admitted to stealing.
3      Q.  How about whites with reduction in
4  hours?
5      A.  No. I've never even seen any of      14:23:30
6  that.
7      Q.  Why did Mark put two African
8  Americans on his management team?
9      A.  To -- Wayne, I can't speak for
10  Wayne. But I know with myself, like with Best      14:23:44
11  Buy, if something was broken or a store was
12  struggling, send Mike Graham to go do it. So
13  even at the Macedonia store, we were doing real
14  good. At the time I left we were like first in
15  the region for performance issues.      14:24:00
16     Q.  So I'm asking you if Mark doesn't
17  like black people, why would he hire two
18  African Americans out of five on his management
19  team?
20     A.  I don't know. I call it a      14:24:11
21  love/hate relationship. If I'm in your
22  building and we're performing, and you're
23  getting "X" amount of dollars on your bonuses,
24  or your lifestyle is better, whatever, maybe
25  that's the case. I know that my performance      14:24:21

33 (Pages 126 to 129)

Michael Graham

Page 130

1    spoke for itself. That's why he grabbed me to
2    come over there. because of my performance.
3         But at the same time, again, Wayne
4    was no longer working in that building, what
5    have you. And when it came to me coming to          14:24:35
6    Mark about things or the way he handled me, I
7    feel like I was treated differently compared to
8    any of the other white male or female managers
9    that worked there.
10       Q.   How were you treated differently?          14:24:46
11       A.   Just like the handling disputes. he
12   did it openly. and he would do it behind closed
13   doors.
14       Q.   What other dispute did he handle
15   openly with you. besides from the one that you       14:24:56
16   told us?
17       A.   With the employees coming up
18   talking about their hours are being cut, you
19   want to know about the black male, and me
20   telling him. hey. that's a black customer that       14:25:05
21   you're trying to charge a restocking fee, and
22   I've seen people come in here -- and I don't
23   want to sound like a racist, because I'm not,
24   like, you know. a white family come in, hey, I
25   just don't want it, I'm going to return it.          14:25:18

Page 131

1    Hey, why not. Everything is fine.  No
2    restocking fee. But then you get a guy around
3    here, you want to give him a hard time, you
4    know, so --
5         Q.   You raised that with him in front         14:25:26
6    of others?
7         A.   No, I did not. The others. I would
8    openly admit that, yes, maybe Suzy, because she
9    was the cashier. she knew what was going on.
10   Drew, yes. because he was being the messenger       14:25:39
11   going back and forth and everything. And I had
12   to like firmly tell him just go away. you're
13   upsetting the customer, what have you and he
14   left. Yes, maybe he knew Mark says to do this.
15   but Mike keeps saying to do this. But as far        14:25:52
16   as the whole store. no. Nothing like that.
17       Q.   Well. the question was. and please
18   answer the question, not go off. The question
19   was, you said that, I asked you how Mark
20   treated you differently than other supervisors.     14:26:04
21   You said one way was that he raised issues with
22   your performance or your conduct in front of
23   others?
24       A.   No. He did not raise issues about
25   my performance or conduct in front of others.       14:26:14

Page 132

1    It was if I made -- it could be -- like the
2    time with me wanting to take my girlfriend to
3    the hospital because she's calling me saying
4    she's bleeding and she needs to go to the
5    hospital, and I just say. hey, Mark, I got an       14:26:29
6    emergency at the home. do you mind if I leave
7    and take her to the hospital. what have you,
8    and he bluntly just lashes out in front of our
9    staff and other managers that I didn't bring
10   you here to be a jiggilo and get somebody          14:26:44
11   pregnant, and this and that, and what have you,
12   and yells at me, and I have to walk off.
13   Whereas another white male can say, hey. can I
14   close on a house, and he can just go.  Yes. I
15   feel like I was treated differently.                14:27:00
16       Q.   What other times did he raise
17   issues with you in front of others?  Was that
18   the only time?
19       A.   Yes.  That was the only time.
20       Q.   How else did he treat you            14:27:05
21   differently than other white supervisors?
22       A.   Him. I wouldn't say treated
23   differently. I've observed his behavior with
24   African males and females.  I've observed that.
25   With dealing with the customer. also with          14:27:20

Page 133

1    dealing with employees, and also with the
2    hiring of employees.
3         Q.   Okay.
4         A.   I saw that, I observed him.
5         Q.   We talked about the hiring, right?       14:27:29
6         A.   Yes. we have.
7         Q.   We talked about all the issues you
8    had with him in hiring?
9         A.   Right.
10       Q.   And, again, on the hiring, it             14:27:36
11   ultimately came to -- I mean. up to the point
12   of you going into the hiring with him. you
13   didn't have any issues with Mark Rankin. right?
14       A.   You said up to --
15       Q.   The point where you guys were           14:27:47
16   hiring at the hotel for your new management
17   team.
18       A.   Right.  The first issue was the
19   senior. The very first issue was the senior.
20   that Wayne wanted the African American male.       14:27:56
21   yes.
22       Q.   And clearly. Mark made the final
23   decision as to who would be hired or not,
24   right?
25       A.   That is correct.                    14:28:04

34 (Pages 130 to 133)

Michael Graham

**Page 134**

1  Q.  And Mark decided he was going to
2  transfer somebody from another store rather
3  than hire an African American?
4  A.  I mean, if the question is -- the
5  questions that you're asking is really like an    14:28:16
6  opinion. But it was in my opinion that he
7  didn't bring the guy on because he was African
8  American.
9  Q.  And what I'm getting at, it was
10  exactly that. It was nothing more than an    14:28:28
11  opinion. You didn't have anything other than
12  the fact that the person you wanted to hire was
13  black, you had nothing to base your decision
14  that this was racism?
15  A.  Right. And just like it was my    14:28:40
16  opinion that I know we don't charge restocking
17  fees for --
18  Q.  And we need to stay on the
19  question. Because I have all day. We'll be
20  here until 8:00. I'm fine with that. But if    14:28:47
21  you just answer the question.
22  My question to you is, as to the
23  hiring of that senior, when Mark made this
24  decision not to hire an African American for
25  the senior, to transfer somebody from another    14:28:58

**Page 135**

1  store, and I'm just asking you questions about
2  that, I don't want to hear all the other stuff.
3  About that. Up to that point, you hadn't had
4  any issues with Mark Rankin, right?
5  A.  Okay.    14:29:10
6  Q.  Right?
7  A.  That is correct.
8  Q.  Okay. He didn't say he wasn't
9  hiring the African American because he was
10  black, right?    14:29:17
11  A.  Right.
12  Q.  He had his reasons. He said he
13  wasn't a good fit?
14  A.  He did not give us his reasons.
15  Like with other people weren't hired, he would    14:29:24
16  say stuff like, well, this guy he, you know,
17  can't talk to people, or this guy here doesn't
18  have the experience, or something. There
19  was -- it was something that he would say or
20  give and --    14:29:42
21  Q.  Well, correct me if I'm wrong, you
22  testified earlier that he told you he wasn't a
23  go-getter, right?
24  A.  Yeah. Just like he was -- he
25  didn't feel like he was -- but if I tell you    14:29:49

**Page 136**

1  that you're not a go-getter, what would you
2  take that as?
3  Q.  I don't know how I would take it
4  as. I certainly wouldn't jump to the
5  conclusion it was based on race.    14:29:59
6  A.  Okay. I'm just saying a go-getter,
7  just like even the term. This is what he told
8  us, whereas with other people, this person is
9  not qualified, or this person doesn't have
10  experience, or what have you.    14:30:10
11  Q.  So ultimately it was nothing more
12  than you believed this African American -- did
13  you know Drew, did you even know the transfer's
14  name when the decision --
15  A.  Yes. Drew Degenero, because his    14:30:23
16  brother was on the district staff.
17  Q.  Okay. So his brother was on the
18  district staff?
19  A.  That's correct.
20  Q.  Do you think maybe the district    14:30:29
21  staff said, Mark, if you got a position for
22  Drew, bring him in?
23  A.  Oh, I'm sure.
24  Q.  So there could have been reasons
25  other than race, right?    14:30:35

**Page 137**

1  A.  There could have been other reasons
2  than race.
3  Q.  But yet you jumped to the
4  conclusion then, you're telling me then you
5  jumped to the conclusion that it was race based    14:30:41
6  just on your subjective view?
7  A.  Right. And based upon the
8  responses that we got from Mark compared to
9  other people's responses as far as why we
10  didn't hire them and bring them aboard.    14:30:52
11  Q.  Well, you have someone in the
12  district office who you said may have been
13  asking Mark to bring on his brother, right?
14  A.  Right.
15  Q.  You had somebody transferring who    14:30:58
16  was brought in, and actually there was a number
17  of people on his management team who
18  transferred from other stores, right?
19  A.  Just a couple.
20  Q.  A couple?    14:31:09
21  A.  Just a couple. Just me and another
22  lady.
23  Q.  Well, you transferred a number of
24  times with Best Buy, right?
25  A.  That is correct.    14:31:15

35 (Pages 134 to 137)

Page 138

1    Q.  I'm assuming that if you transfer
2 somebody versus a hire off the street, that
3 person may very well have Best Buy knowledge?
4    A.  That is correct.
5    Q.  So that could be a reason why he  14:31:23
6 chose to transfer versus hire, correct?
7    A.  Could be.
8    Q.  Could be. And he had a reason that
9 you disagreed with it, but his reason was that
10 this person's not a go-getter?  14:31:37
11    A.  What is a go-getter? And I hear
12 what you saying. But alls I was saying was
13 when we decided not to bring somebody aboard,
14 he would recap like why we didn't get this
15 person.  14:31:54
16    Q.  Okay.
17    A.  And in my opinion and another
18 manager's opinion that it was because of this
19 guy's race he didn't bring him aboard, because
20 he didn't give us anything that talked about,  14:32:04
21 anything tangible as far as why he wouldn't
22 bring him aboard.
23    Q.  Okay. Well, how about if he would
24 have just said, you know what guys, the
25 district really wants me to bring in the  14:32:15

Page 139

1 brother, I'm bringing him in, even though this
2 guy's --
3    A.  If he would have said that, we
4 would have been, oh, okay, honestly, had he
5 said --  14:32:25
6    Q.  Does he have to tell you as the
7 manager all the reasons --
8    A.  No. He does not have to tell us
9 that.
10    Q.  Did you tell Drew every reason for  14:32:29
11 your decisions?
12    A.  Yes. Actually, the way he is, you
13 really do have to tell him why we're doing
14 something.
15    Q.  Did you tell all of your  14:32:38
16 subordinates all the reasons why you're making
17 decisions?
18    A.  No. Not at all. Some people you
19 can say, hey, and then they just do it.
20    Q.  Yeah. You said you were a yes man,  14:32:48
21 so these people would say stuff to you and they
22 didn't have to say why, you would just say yes,
23 right?
24    A.  Mark would say, hey, do this, and I
25 would be a yes man.  14:32:55

Page 140

1    Q.  Okay. Now, so as to the hiring,
2 it's a subjective view that you just disagreed
3 with Mark's --
4    A.  Well, there was also that instance,
5 just with the hiring, I mean, we can pull up a  14:33:07
6 roster. But out of all those people that we've
7 interviewed, let me see how many black people
8 we had at the store -- myself, Wayne, which is
9 the managers. I've had like three and four,
10 maybe, out of the 50 something people that  14:33:23
11 we've hired. How many blacks that we
12 interviewed, a lot.
13      As a matter of fact, there was
14 times where they would show up for an
15 interview, and Mark wasn't even comfortable  14:33:36
16 with like what they had on. Tell them just to
17 leave.
18    Q.  Okay. Like what did they have on?
19    A.  It could -- jeans, shirt, the
20 guy -- I can't remember this candidate, I have  14:33:54
21 to ask Wayne. There was a guy like with the
22 corn rows, the braids in the back of his head
23 or whatnot. Mark told him to go home.
24    Q.  Well, Terrance, you said it was a
25 positive when Terrance came in and interviewed  14:34:07

Page 141

1 and he came dressed up, right?
2    A.  Right. Terrance came in a tie, the
3 whole --
4    Q.  So when you're interviewing, you
5 want to see how serious they are about the Best  14:34:17
6 Buy job, right?
7    A.  No. Because even at Best Buy, they
8 send you to all these management training
9 courses, and they've actually stated, hey,
10 careful not to prejudge somebody based upon  14:34:29
11 their appearance. You don't know where they
12 came from, whatever, when you're calling them
13 in for an interview. Especially with our
14 situation with interviewing people, we had
15 signs up there, we're interviewing people on  14:34:41
16 the spot. You could have drove by the sign
17 that said Best Buy Hiring Fair, walked in, fill
18 out an application and got an interview right
19 on the spot. That's how we were --
20    Q.  Well, then why did you use it as a  14:34:48
21 positive to Mark that Terrance was in a tie?
22    A.  Because Terrance came in just like
23 dressed, it was like a suit, he was literally
24 in a suit when he came in for an interview.
25    Q.  It showed you he really wanted the  14:35:02

Page 146

1    A.   I don't know if that was a policy
2  or not.
3    Q.   You say you objected to a number of
4  people who were hired, right? Why didn't he
5  just simply overrule on this hire as well if he    14:39:11
6  didn't want to hire a black person?
7    A.   He sure didn't give him the
8  position, just like he did with another African
9  male, did not -- you interview for a position,
10  and we say yeah, we're going to hire you and    14:39:23
11  put you in this position. But when it comes
12  time to it, changed our mind, you're going to
13  do this now.
14    And that's what I meant as far as
15  like with Terrance, he was supposed to be    14:39:30
16  installing cars, because that's what he's being
17  doing, installing cars, but yet we had him out
18  there on the sales floor.
19    Q.   How long did it take Terrance to go
20  get his high school diploma?    14:39:42
21    A.   Oh, my gosh. The guy, from us
22  interviewing him that first time, maybe two
23  weeks. It was -- he was back, it was like wow,
24  he was back.
25    Q.   Was he in school and graduating    14:39:56

Page 147

1  or --
2    A.   No. He just did not graduate high
3  school.
4    Q.   And he went back and got his GED?
5    A.   Went back and got his GED. That is    14:40:03
6  correct.
7    Q.   So he went back, got his diploma,
8  came back in, and your issue is that he wasn't
9  put into the right position?
10    A.   Right. And there was a mentioning    14:40:12
11  of a CE something, certification, that you had
12  to have to work on the cars.
13    Q.   Okay.
14    A.   As far as Best Buy's policy, you
15  had to have your certifications to work on the    14:40:22
16  cars, which Terrance didn't have, okay? But
17  there was a white male that we brought aboard
18  that did not have a certification that worked
19  out there in the install bay. And during his
20  course of working out there in the install bay,    14:40:38
21  that he took his test to go with that --
22    Q.   Okay.
23    A.   -- but --
24    Q.   I guess I'm just confused on Mark
25  brings him in, you thought he brought him in    14:40:48

Page 148

1  just to fail on the sales floor? I don't
2  understand. What was your problem, that
3  Terrance should have been able to make the
4  decision as to where he wanted to work or
5  that -- why --    14:41:01
6    A.   Well, it's just that if you
7  yourself go to apply for a job, you know, we're
8  at a grocery store, I say, hey, I'm going to
9  put you in the deli, that's what you have
10  applied for, and then once you get your uniform    14:41:10
11  and I say, hey, get on the register, you know.
12  Couple days go by, no, no, no, stay on the
13  register, we got enough people for the deli.
14  You're upset because you've applied for deli
15  and you come to me and say, hey, you know, I    14:41:25
16  thought I was being hired to work on the deli.
17  I get upset, I'll be like, since you went and
18  complained, now you're only going to work this
19  amount of hours. That's exactly what happened.
20  He applied for one specific positron and was    14:41:37
21  placed in another position.
22    Q.   Okay. And why do you think Mark
23  did it based on race? Why on the sales --
24    A.   Because --
25    Q.   -- versus installer? Why wouldn't    14:41:48

Page 149

1  Mark want to put him where he's most qualified
2  to help the customer?
3    A.   That was the same question that I
4  had, was asking of Mark.
5    Q.   Okay.    14:42:00
6    A.   That was the same question I had
7  for Mark.
8    Q.   And he said that I want him on the
9  sale floor?
10    A.   No. He just put him on the sales    14:42:05
11  floor.
12    Q.   And so you have no idea -- I mean,
13  why it would be he hired this gentleman?
14    A.   Right. Right. So seeing that you
15  yourself, I myself, starts asking questions    14:42:17
16  like why, why is -- what's the issue of this
17  guy not working out there in the bay, you know,
18  where he has the knowledge and stuff. Why is
19  he put in the situation that he's not
20  comfortable with.    14:42:29
21    Q.   And from what you said, his
22  knowledge was working at home on radio
23  installs?
24    A.   Yeah. He did installs and stuff
25  like that.    14:42:35

38 (Pages 146 to 149)

Michael Graham

Page 150

1  Q.  At his home?
2  A.  Right. Now --
3  Q.  Wait, wait. At home he did some
4  installs on his radios and cars?
5  A.  Yeah. He did car installs for          14:42:42
6  other people, right there at his house.
7  Q.  But he didn't have any --
8  A.  Any certificates or stuff like
9  that. He just knew how to install TVs --
10  Q.  And he put him on sales selling          14:42:53
11  those things that he should know about since he
12  knew how to install, right?
13  A.  What was that again?
14  Q.  Put him on the sales floor selling
15  the very things he wanted to install?          14:42:59
16  MS. ROWLES: Objection. Go ahead.
17  A.  That's incorrect. Because you
18  could know how to install something, and this
19  even happens with my PC technicians, where you
20  can't talk to somebody and explain to them the          14:43:10
21  feature of this benefit and this and that, but
22  alls you know how to do is repair and do
23  installs all day.
24  Q.  Okay. So is that -- that's --
25  you're just upset that Terrance wasn't put into          14:43:22

Page 151

1  the position that Terrance wanted?
2  MS. ROWLES: Objection. Go ahead.
3  A.  I had question of why he was not
4  placed in the position that he had applied for.
5  And when there was a mention of a car audio          14:43:34
6  certification, why is it -- one, why is it that
7  any other people that we've hired that was of
8  white race that we've hired, and we said, hey,
9  this was what we're going to make you, we made
10  them that, but when I came to Terrance's case.          14:43:52
11  that didn't happen. And then when it came to
12  the fact the excuse was, well, there's a
13  certification that he needs to have, or
14  whatever, and that's why he's not back there
15  because he's not certified, but then we allow,          14:44:01
16  again, a white male back there forever and a
17  day to work in the install bay and do all those
18  installs and not have a certification, yes, I
19  question that.
20  Q.  And it was Terrance's --          14:44:10
21  A.  I had concerns.
22  Q.  -- girlfriend that you think should
23  have been hired?
24  A.  No. She was not even allowed to
25  apply for a job.          14:44:20

Page 152

1  Q.  You don't know if Terrance's
2  girlfriend would have been a good employee or
3  not?
4  A.  I've spoke with the lady. She came
5  in, even with their kid and everybody, I felt          14:44:27
6  she would have been a good employee. She was
7  easy to talk to and she spoke very well.
8  Q.  But you said Terrance didn't do
9  well at selling these --
10  A.  No. He did not do too well          14:44:38
11  selling.
12  Q.  So Terrance didn't do too well
13  selling. Why would Mark decide, well, I'll
14  hire your girlfriend as well. I don't -- why
15  do you conclude that?          14:44:49
16  A.  No. Mark told me that he doesn't
17  hire couples. We don't hire couples. We don't
18  hire couple at our store was what Mark told me
19  that we don't do.
20  Q.  And you say but there was a white          14:45:02
21  couple that was hired?
22  A.  Yeah. And there was a female that
23  worked in the store that actually stole
24  something that we had to let go, and it was her
25  boyfriend that we allowed to come in work at          14:45:16

Page 153

1  the store. They were a couple.
2  Q.  So she still wasn't still working
3  when the boyfriend came onboard?
4  A.  Yeah. She was still working.
5  Because they would go to lunch together, they          14:45:27
6  would be in the break room together, they would
7  be holding hands as they're walking out and
8  everything.
9  Q.  But she didn't steal before he was
10  hired then?          14:45:32
11  A.  No. This was after the fact.
12  Q.  Was she a good employee before the
13  theft?
14  A.  I did not work too much with her.
15  But from talking to her, yeah, she was a fine          14:45:40
16  employee. I didn't have any issues with her.
17  Q.  And I'm assuming a lot of times
18  your subordinates say, hey, I have a friend who
19  you should hire, that kind of stuff?
20  A.  You said my -- no.          14:45:52
21  Q.  Nobody ever came in --
22  A.  Said, hey, you should bring --
23  Q.  -- I got a friend who would really
24  like to work and do it?
25  A.  No. And honestly, even in talking          14:46:02

39 (Pages 150 to 153)

Michael Graham

Page 154

1  with somebody on that level. I would not --
2  I've only know -- I didn't know too many people
3  in Ohio to begin with.
4      Q.  I'm talking about your
5  subordinates. You've never had a subordinate          14:46:14
6  come up to you and say, hey, you know, I'm in
7  college, I got a friend who really needs a
8  job --
9      A.  No.
10     Q.  You never had --                               14:46:19
11     A.  Mark's never came up to me --
12     Q.  I'm not talking about Mark. I'm
13 talking about one of your subordinates, someone
14 you're supervising.
15     A.  Right.                                         14:46:27
16     Q.  You're supervising me.
17     A.  I see what you're saying.
18     Q.  Nobody ever came up to you and
19 said, hey, would you interview my friend --
20     A.  No.                                            14:46:36
21     Q.  -- for a job?
22     A.  No.
23     Q.  Never. Okay. So did we talk about
24 all your issues with Mark Rankin?
25     A.  Yes.                                           14:46:43

Page 155

1      Q.  And Mark never at Mayfield and
2  Macedonia, he never made any racist comments to
3  you?
4      A.  At the Mayfield location, no.
5      Q.  And at the?                                    14:46:54
6      A.  And at the Macedonia location, no.
7      Q.  And did anybody in Mayfield and
8  Macedonia, during your employment in Mayfield
9  and Macedonia, did any Best Buy employees make
10 any racist comments to you?                            14:47:04
11     A.  Yes. Todd Scaleric. You know, it
12 would be the black females coming in, he would
13 comment -- I wouldn't say anything. He would
14 be like, you know, the sisters have a fat
15 whatever, or what have you -- this is Todd       14:47:21
16 Scaleric. Any time one of them came in there,
17 this was a comment that would come out of his
18 mouth.
19     Q.  Tell us what the comment was.
20     A.  She has a fat ass, or the sisters   14:47:30
21 are always thick or whatever. Or, Mike, is
22 that too much butt for you, or whatever, was
23 what Todd Scaleric was saying.
24     Q.  Did Todd say things about white
25 customers as well, maybe not derogatory, but    14:47:49

Page 156

1  say, hey, wouldn't you like to go out with her,
2  or anything like that?
3      A.  No, sir.
4      Q.  Never --
5      A.  Never. Not once.                              14:47:56
6      Q.  Never commented did you see that
7  girl over there, she looks great?
8      A.  Never. Not once.
9      Q.  So is that the only thing Todd said
10 to you about --                                        14:48:05
11     A.  Yes. That's the only thing.
12     Q.  Is that the only person who ever
13 said anything racist to you?
14     A.  Yes, sir.
15     Q.  Okay. And those comments weren't   14:48:12
16 directed to you, they weren't saying that --
17     A.  It was just in general. I'd be
18 standing there, he'd say, Mike, there's a
19 customer and --
20     Q.  Okay. So it comes to the point     14:48:21
21 where I think you had told me -- when did you
22 first learn that Best Buy believed that you had
23 violated its policies and were potentially
24 going to be terminated?
25     A.  On the day that they let me go.     14:48:37

Page 157

1      Q.  Okay. So you learned when who, who
2  came in and -- who pulled you or told you, hey,
3  we need to talk to you.
4      A.  Mark.
5      Q.  Mark Rankin?                                  14:48:51
6      A.  Yes, sir.
7      Q.  Was anybody with Mark?
8      A.  What is the guy's name. Collins.
9      Q.  Tim Collins?
10     A.  Yes, sir.                                      14:49:00
11     Q.  Those are the only two who were
12 there?
13     A.  That's the only two that was
14 present.
15     Q.  Did you know Tim Collins before    14:49:04
16 this day?
17     A.  I knew of him, but did not know
18 him. And, actually, before that day, I had a
19 very bad interaction with him before that day
20 here came about.                                      14:49:17
21     Q.  What was that? What was your
22 interaction?
23     A.  I was the only manager in the
24 building at that day. Tim came in into the
25 store, and I felt like -- he was talking about  14:49:25

40 (Pages 154 to 157)

**Page 162**

1  Q.  Where did you meet with him?
2  A.  We went back to where we have our
3  managers meetings at, the back room.
4  Q.  And Mr. Collins was there?
5  A.  Right.                          15:03:15
6  Q.  No one else was there?
7  A.  Mark.
8  Q.  Mark and Tim.  Okay.  And what did
9  they talk to you about?
10  A.  We talked about a computer.        15:03:24
11  Q.  Okay.  And what about it?
12  A.  It was basically about -- no, Tim
13  was talking about, Tim spent a good amount of
14  time explaining what it was that he does with
15  Best Buy and things like that.  Mark wasn't    15:03:41
16  speaking at all.  Tim had asked about why,
17  first of all, like why I had took a computer,
18  placed it up front and set it to the side, is
19  that something that we do, or what have you.  I
20  said yes, I was putting it on hold because I    15:04:03
21  was going to purchase it later.
22  Q.  How long was it set aside?
23  A.  It was set aside since Sunday.
24  Q.  How many days?
25  A.  Since that Sunday.  From that       15:04:16

**Page 163**

1  Sunday to whatever, I'm not too sure.  At this
2  time I can't even recall what day it was that
3  they let me go.
4  Q.  More than one day?
5  A.  Yes.  More than one day.         15:04:28
6  Q.  If you were going to charge it, why
7  not just charge it --
8  A.  I had to wait for Mark Rankin's
9  approval before I could purchase it.
10  Q.  So you hadn't purchased it prior to   15:04:38
11  the meeting?
12  A.  That is correct.
13  Q.  So the computer is just sitting
14  there and you didn't --
15  A.  To the side.  That is correct.     15:04:43
16  Q.  And you didn't purchase it?
17  A.  That is correct.
18  Q.  Okay.  So go on.  What else did
19  they talk to you about?
20  A.  Then towards the -- basically the    15:04:51
21  conversation was why I had placed the computer
22  to the side.  And then second of all, I had
23  took a computer, took it out of a box, put one
24  that was on the display in a box and instructed
25  one of the girls up front to go ahead and send   15:05:07

**Page 164**

1  it back Devo, because it was one of our
2  discontinued computers.  So Tim was questioning
3  not only why did I put it to the side, but why
4  would I switch it out like that, and why am I
5  sending it back to Devo.  And my response to    15:05:23
6  him was that it was a discontinued computer.
7  We had an employee sale on discontinued items,
8  which your manager had to sign off on.
9  So the reason why I didn't even
10  charge it, because I could have bought it on    15:05:37
11  the Sunday, but I had to wait for Mark to get
12  approved.  I had even called Mark and told him,
13  hey, there's going to be a computer up front
14  sitting up there that I'm going to want to
15  purchase, or whatever, that's for me.        15:05:50
16  Q.  Was it a new computer or used?
17  A.  The computer that I put up there
18  has never been opened, but it was a
19  discontinued computer.
20  Q.  So you're saying it was a new       15:06:00
21  computer?
22  A.  Right.
23     - - - - -
24     (Thereupon, Defendant's Deposition
25     Exhibit 1 was marked for purposes of

**Page 165**

1     identification.)
2     - - - - -
3  Q.  Handing you what's been marked
4  assist Defendant's Exhibit 1, have you seen
5  that before today?                 15:06:44
6  A.  Today, no.
7  Q.  What is this?
8  A.  This is a copy of one of our CPOs.
9  Q.  What's a CPO?
10  A.  A CPO is kind of like, it's a bill,   15:06:54
11  it's like a bill that you write up that needs
12  to be rung out.
13  Q.  Okay.  And do you recognize the
14  skews and the HPs up there, what are those two
15  things where we see the price $549.99, what is   15:07:09
16  that?
17  A.  That's a computer.
18  Q.  Okay.  What kind?
19  A.  Hewlett Packard.
20  Q.  Is that what you had set aside?     15:07:16
21  A.  Yes.  That's what I had set aside.
22  Q.  Okay.  Why was there an invoice if
23  you hadn't purchased it?
24  A.  Because I just wrote it up, and I
25  was putting it away for myself.        15:07:27

42 (Pages 162 to 165)

Michael Graham

Page 166

1    Q.  So you wrote it up.  So that was a
2  computer.  What was below that, the HP --
3    A.  That was the monitor.
4    Q.  Okay.
5    A.  Right.                    15:07:35
6    Q.  Okay.  And then special
7  instructions, is that your writing?
8    A.  Yes.  This is all my writing.
9    Q.  So this whole thing was written by
10  you?                          15:07:44
11    A.  That is correct.
12    Q.  And the special instructions, I see
13  here that says, what is that, open clearance
14  display?
15    A.  Clearance display, open item, and    15:08:02
16  the regular price as $1,129, missing the remote
17  control, open box price, $715, clearance
18  display monitor no speakers, regular price is
19  $449, open item price $324.99.
20    Q.  And so from $324.99 to $249, was    15:08:18
21  that the discount, employee discount, or how
22  did you get to that?
23    A.  At this time I cannot recall how I
24  got to that cost.  There was -- this is the one
25  that I was originally going to purchase.  That  15:08:34

Page 167

1  was the one on display.  And Drew had told me
2  that we had one that was newer in a box.  So I
3  remember writing this.  Where's the original?
4  Because the one that was in the box had
5  everything to it, the remote and everything.    15:08:52
6    Q.  What was set aside, these things,
7  or --
8    A.  The one that I took out the box was
9  what I set aside.  This right here, I don't
10  know, this is not something that I had like    15:09:02
11  gave to Mark or anything like that.
12    Q.  When you wrote it out, who would
13  you have given it to?
14    A.  Well, I would have gave it to Mark
15  had he been there.  I would have gave it to    15:09:13
16  Mark.
17    Q.  How did Best Buy come in possession
18  of this?
19    A.  This, I do not know.
20    Q.  Okay.  Did you give it to one of    15:09:24
21  the cashiers?
22    A.  No, sir.
23    Q.  So my question to you though was,
24  how you got to the open item price of $324.99,
25  and up top it says $249.99?              15:09:33

Page 168

1    A.  324 -- which one is that -- I know
2  that during this week when I was looking at
3  buying this computer, they had something,
4  again, an additional certain percentage off of
5  whatever is discontinued.  We had ran a      15:09:57
6  special.  There was a sheet for that.
7    Q.  So you're saying the next, the open
8  box price, I see $714.99, and up top you put
9  $549.99.  Is that, again, the discount?
10    A.  Yeah.  So that should be with the,    15:10:11
11  I believe so, that should be with the discount.
12    Q.  Now, this invoice, are you saying
13  this invoice was not what you set aside, that
14  you set aside something different?
15    A.  No.  The only thing that I had set    15:10:22
16  aside, I remember when I put the computer in a
17  cart or something, then I put my name in like
18  big old letters, "do not sell per Mike".
19    Q.  Okay.  Well, my question was this
20  invoice --                      15:10:38
21    A.  Right.
22    Q.  -- you wrote out, was this invoice
23  for what was set aside, and you said in big
24  letters do not sell?
25    A.  No.  Because this doesn't even have  15:10:44

Page 169

1  that written on there.  This doesn't have this
2  written on there at all.
3    Q.  Well, you're saying something would
4  have been written on here "do not sell"?
5    A.  Yeah.  "Do not sell per Mike".      15:10:55
6    Q.  On the invoice as well?
7    A.  On the invoice as well.
8    Q.  So you think there was another
9  invoice that you wrote it?
10    A.  Yeah.  There should be another      15:11:02
11  invoice out there.  I don't know how you guys
12  got this.
13    Q.  So you don't think this is the
14  right invoice?
15    A.  No.                      15:11:11
16    Q.  What was different about what you
17  put out than what is written on here?
18    A.  At this time I can't think of.  But
19  I know, like, as far as it missing the remote
20  control and things like that, that wasn't on    15:11:22
21  there because I was getting everything newer,
22  where it had everything.
23    Q.  Okay.  So what you set aside
24  actually had the remote control and other
25  things in it?                    15:11:34

43 (Pages 166 to 169)

Michael Graham

Page 170

```
 1      A.   Yes. sir.  That is correct.
 2      Q.   Is the only reason why you think
 3   this is a different invoice is because it's not
 4   written on there "do not sell per Mike"?
 5      A.   Yeah.  I don't see the part where I   15:11:44
 6   put "do not sell per Mike".
 7      Q.   Would you maybe have put it on a
 8   different piece of paper versus the invoice
 9   itself?
10      A.   No.  I'm sure I would have wrote     15:11:53
11   that on top.
12      Q.   So what you put aside -- now. let
13   me ask you about this open box.  What's that
14   mean?
15      A.   Open box. it was the term that they  15:12:00
16   use for like a display model.  Or in your
17   concerns that somebody returns something. if you
18   take it out of the box and resell it, that can
19   be considered all open box.  I mean, there's no
20   box. it's an open box.                       15:12:19
21      Q.   Was there a different discount on
22   whether the computer was new or used?
23      A.   No.  I should have received the
24   same discount, would have got the same price.
25      Q.   Whether it had been used by a        15:12:29
```

Page 171

```
 1   customer or not?
 2      A.   Had it been used or anything.  That
 3   is correct.
 4      Q.   That's in your view?
 5      A.   In my view.  That is correct.       15:12:34
 6      Q.   Okay.  What else did Tim and Mark
 7   say to you?
 8      A.   Tim was asking me about why would I
 9   send something back to the vendor like that.
10   And my response was that. well. that was        15:12:55
11   something that we have always done.  And I
12   remember turning at the time. turning. looking
13   at Mark when I made that statement. and he
14   asked me. well. there's nothing wrong with it
15   and stuff, so why would you send it back.  And   15:13:10
16   I was like. well. a lot of our stuff that was
17   bad as far as margin, we sent back.  I mean.
18   even if it was never opened. we would send
19   back.  That's what Mark would have us do, or
20   what have you.                                  15:13:23
21           And then I remember there was a
22   pause. and I had asked Tim. I was like. so
23   where are we going from here. what are you
24   getting at. what's going on.  And he's like.
25   well. I'm not the person to make that decision.  15:13:37
```

Page 172

```
 1   He looked up at Mark.  I remember Mark sliding
 2   a piece of paper which reassembled one of our
 3   write-up forms. separation notice type thing.
 4   And I remember seeing something like attempted
 5   to take computer.  And I was like what are you   15:13:54
 6   trying -- I didn't even get to read it all.  I
 7   was like what are you trying to say I was
 8   trying to steal the computer, or what have you.
 9   Tim grabs the paper, reads it, and I remember
10   him saying like, yeah. that's not right, and he  15:14:06
11   starts crumbling up.
12           And at the time, that's when I got
13   on my cell phone to make a phone call.  Tim was
14   saying you need to get off your phone so we can
15   handle this, or what have you.  I'm on the       15:14:15
16   phone.  Mark is rewriting something out on
17   another separation notice.  And I'm like I'm on
18   the phone. let me see it.  He's like no. you
19   ain't going to be able to see it until you got
20   off the phone.  So then it became into one of    15:14:28
21   those contests.
22           The last thing I heard come from
23   Tim was something in the form of Tim, or Mike,
24   you know, don't you have your son. and you got
25   that baby on the way. I should hate for          15:14:44
```

Page 173

```
 1   something legally to happen to you in the
 2   future where you cannot be with your family.
 3   That was the very last thing that he said to
 4   me.
 5      Q.   Who are you talking to on the          15:14:53
 6   phone?
 7      A.   On the phone. I was actually
 8   talking to Wayne.  I was trying to call my
 9   attorney. then I called Wayne.
10      Q.   You called Wayne.  Why did you call    15:15:02
11   Wayne?
12      A.   Because I was explaining to him
13   what was going on, what was happening.  I was
14   already uncomfortable with Mark.  I just didn't
15   know who to call. because I felt like I was      15:15:14
16   being cornered, or what have you.  I honestly
17   had told Tim that I was on the phone, you know,
18   calling a lawyer, or what have you. and he's
19   asking for lawyer IDs.
20      Q.   So did you tell Mark that you          15:15:29
21   called a lawyer?
22      A.   I had told Tim.
23      Q.   You told Tim Collins that you had
24   called a lawyer?
25      A.   Yes.                                   15:15:40
```

44 (Pages 170 to 173)

Page 174

1    Q.   But you actually hadn't called a
2  lawyer?
3    A.   That is correct.
4    Q.   Who was your lawyer at that time?
5    A.   I actually didn't have any        15:15:45
6  attorneys.
7    Q.   I thought you said you tried to
8  call your lawyer at first?
9    A.   Oh, well, excuse me. I tried to
10  call -- I actually tried to reach my dad, who's   15:15:53
11  actually a regional manager for another
12  business to get some insight, but I couldn't
13  reach him. So I called Wayne after my dad
14  didn't pick up. But I told Tim that I'm on the
15  phone with my lawyer.        15:16:07
16    Q.   Why did you tell Tim that?
17    A.   Because, again, I felt like it was
18  them verse me. And then when he was like
19  asking me, like when I read attempted to take
20  computer, and then when he was asking me about   15:16:22
21  why are you sending it back. And here's the
22  guy that's sitting behind me that sends stuff
23  back all the time, and he's not speaking up
24  like, yeah, we send stuff like that back and
25  things like that, or what have you, and he's

Page 175

1  not saying anything, I felt cornered and
2  trapped, and I wanted to call somebody.
3    Q.   Let me just ask you, on this
4  invoice it says clearance display open, right?
5    A.   That is correct.        15:16:47
6    Q.   Do display models get a bigger
7  discount than just a new opened item?
8    A.   Just a new open item? No. They
9  get the same discount. The thing was that we
10  ran a special deal for employee discounts on   15:16:58
11  discontinued product, period. Discontinued
12  doesn't matter whether it was displayed out of
13  a box, just sitting on demo, or if the thing
14  was never opened and it was sealed. On our
15  discontinued stuff, we would put a big old seal   15:17:15
16  on there to let everybody know it was
17  discontinued.
18    Q.   So the display, why did you write
19  display there?
20    A.   Because it originally was, it was a   15:17:26
21  display. I was under the impression on Sunday
22  when I was looking at to see what all we had
23  back there, I was under the impression this was
24  the only one that we had.
25    Q.   So it being a display, you're   15:17:36

Page 176

1  testifying didn't make it any larger discount?
2    A.   No. It didn't make it any larger
3  discount or anything.
4    Q.   Okay. Do display computers have
5  what's referred to as a license plate?   15:17:49
6    A.   Yes.
7    Q.   What's a license plate?
8    A.   A license plate just identifies
9  what the skew and the model number is. That's
10  what we use for send backs, because they scan   15:17:56
11  it, it's easy. You scan that and then it puts
12  all the information in there at one time.
13    Q.   The license plate has a serial
14  number on it, right?
15    A.   That I do not know.        15:18:07
16    Q.   It doesn't match up with the
17  computer that it's attach to?
18    A.   That I do not know.
19    Q.   You don't know?
20    A.   From my understanding, when you   15:18:14
21  scan a license plate, it popped up like the
22  skew and model number. Nothing with serial
23  numbers. That was briefly for like with
24  sending backs and everything, it made it easier
25  for us to scan with the license plate.   15:18:26

Page 177

1    Q.   The license plate would identify
2  the computer it's attached to, right?
3    A.   As that particular model, but it
4  wouldn't matter if it was like a -- to my
5  understanding, that like if it was one model   15:18:37
6  from another, it would still pop up as HP,
7  whatever that model is.
8    Q.   So you don't know whether or not
9  the license plate actually identified the
10  specific computer it was attached to?   15:18:49
11    A.   Specific computer, that I do not
12  know.
13    Q.   Okay. Did you have a license plate
14  in the box that you put aside?
15    A.   Did I have a license plate?   15:18:57
16    Q.   Yes. For a display computer in the
17  box that you put over.
18    A.   No.
19    Q.   Did you switch a display computer
20  for a new computer?        15:19:07
21    A.   Yes.
22    Q.   You did do that?
23    A.   For another discontinued computer
24  that was never opened.
25    Q.   But you took -- did you switch the   15:19:15

45 (Pages 174 to 177)

Michael Graham

Page 226

1    MR. CAMPBELL: Okay. So with that,
2  I'm assuming he's going to read? Is he going
3  to read the transcript?
4    MS. ROWLES: We usually advise
5  people to read the transcript and not waive    16:13:40
6  signature.
7    THE WITNESS: I will not waive
8  signature.
9    MR. CAMPBELL: Okay. Thanks a lot
10  for coming out, and we can close with these    16:13:51
11  discussions.
12       ~ ~ ~ ~ ~
13
14
15
16
17
18
19
20
21

Page 227

~~CERTIFICATE
The State of Ohio,  )
              )  SS:
4.  County of Cuyahoga.  )
5
6      I, Todd L. Persson, a Notary Public
7  within and for the State of Ohio, duly
8  commissioned and qualified, do hereby certify
9  that the within named witness, MICHAEL GRAHAM,
10  was by me first duly sworn to testify the
11  truth, the whole truth and nothing but the
12  truth in the cause aforesaid; that the
13  testimony then given by the above-referenced
14  witness was by me reduced to stenotypy in the
15  presence of said witness; afterwards
16  transcribed, and that the foregoing is a true
17  and correct transcription of the testimony so
18  given by the above-referenced witness.
19      I do further certify that this
20  deposition was taken at the time and place in
21  the foregoing caption specified and was
22  completed without adjournment.
23
24
25

Page 228

1      I do further certify that I am not
2  a relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5      IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this _19th_ day of
8  _July_, 2007.
9
10
11
12
13
14    Todd L. Persson, Notary Public
15     within and for the State of Ohio
16
17  My commission expires July 28, 2007.
18
19
20
21
22
23
24
25

Page 229

1      SIGNATURE OF WITNESS
2
3
4
5
6      The deposition of MICHAEL GRAHAM,
7  taken in the matter, on the date, and at the
8  time and place set out on the title page
9  hereof.
10      It was requested that the
11  deposition be taken by the reporter and that
12  same be reduced to typewritten form.
13      It was agreed by and between
14  counsel and the parties that the Deponent will
15  read and sign the transcript of said
16  deposition.
17
18
19
20
21
22
23
24
25

58 (Pages 226 to 229)

## ERRATA SHEET

**Deposition of Michael Graham • February 28, 2007**
*Graham v. Best Buy Stores, L.P.*
**Case No. 1:06CV2091**
**United States District Court, Northern District of Ohio**

Page 62, Line 25      change, "Mayfield" to "Macedonia"

           <u>*Reason:*</u> *Upon reading my deposition, I realized my answer was incorrect.*

Page 63, Line 2      change, "Mayfield" to "Macedonia"

           <u>*Reason:*</u> *Upon reading my deposition, I realized my answer was incorrect.*

Page 64, Line 7      change, "Macedonia" to "Mayfield"

           <u>*Reason:*</u> *Upon reading my deposition, I realized my answer was incorrect.*

Page 134, Lines 15-17      change, "Right. And just like it was my opinion that I know we don't charge restocking fees for" to "That is not correct."

           *Reason:  Upon reading my deposition, I realized my answer was incorrect.*

Page 220, Line 4      change, "No." to "Yes."

           *Reason:  Upon reading my deposition, I realized my answer was incorrect.*

Date:   4/20/2007

MICHAEL GRAHAM