STATE OF OHIO            )
                         ) ss:   DECLARATION OF MICHAEL GRAHAM
COUNTY OF HAMILTON       )

I, Michael Graham, depose and say that:

1. My father, Michael Graham, is a retired Staff Sergeant from the Marines;

2. My daughter, Jaiyell, is age 1;

3. I graduated high school in 1996 from Kubasaki High School in Okinawa, Japan;

4. Attached as Exhibits 1-4 are true and accurate copies of two MVP awards and two Certificate of Achievements that I received from Best Buy while working in their West Palm Beach, Florida store;

5. Best Buy employees Nicholas LoCascio and Andrew DiGennero are both white males;

6. Of the 20 employees that I supervised at the Best Buy store in Macedonia, 18 were white and 2 were African-American;

7. In March 2005, I disciplined Nicholas LoCasio at least twice for performance issues;

8. The girlfriend of former Best Buy employee Terrance Williams is African-American;

9. In February 2005, Marc Rankin hired a white male who was the boyfriend of a white female employee already working in the Macedonia store's Media department;

10. Former Best Buy employee Anthony Lewis is an African-American male. In my deposition, I mistakenly refer to Mr. Lewis as "Kenneth". In February 2005, Marc Rankin mentioned to me that he wanted to terminate Mr. Lewis, but I suggested that Mr. Lewis be provided appropriate training;

11. Former Best Buy employees Kapree Harrell and Jonita Hicks are African-American females;

12. In December 2004, I spoke with Marc Rankin about assigning Terrance Williams to work as a car radio installer and improving his hours;

13. Around April 12, 2005, I stopped Andrew DiGennero from charging an African-American male a 15% restocking fee on a TV that he wanted to return to Best Buy;

14. Attached as Exhibit 5 is a true and accurate copy of the register receipt showing the return of a 50" HDTV by the African-American male customer who Andrew DiGennero and Marc Rankin attempted to charge a restocking fee;

15. In September 2004, I asked Marc Rankin if I could leave early to take my girlfriend to the hospital due to complications in her pregnancy;

**EXHIBIT**

B

16. Price tags used by Best Buy show the retail price and contain a description of the product. The price tags for the computer and monitor that I wanted to purchase had an additional tag, called an open item sticker, which contained a discounted price because each was a display, or what is also called an "open box item";

17. Best Buy employee Wayne Jones is an African-American male;

18. On April 22, 2005, my supervisor, Marc Rankin, pulled me into a meeting with him and Tim Collins. Mr. Collins asked me what I thought the meeting was about. I stated that I thought the meeting was about the personnel problems in the store that I had previously discussed with Mr. Rankin and regarding my actions in defending my co-worker, Wayne Jones, against claims of sexual harassment that were made against him;

19. The new, discontinued computer that I wanted to purchase did not have a license plate on it. License plates were only placed on shelf displays, open items, defective equipment, and junkouts;

20. After I was terminated on April 22, 2005, I was replaced by a white male, Tim, who had worked in the Camera department in the Macedonia store;

21. Former Best Buy employee Russell Weiser was a white male who worked at the Best Buy Macedonia store as a PCHO Customer Service Specialist during my tenure there between June 2004 and April 2005. Mr. Weiser was terminated in February 2005 by Best Buy for violating an Employee Purchase Policy;

22. Other my arrest and indictment in Lorain County, to my knowledge, I have had no other criminal charges pending against me;

23. Attached as Exhibit 6 is a true and accurate copy of a letter that I wrote and sent to the Ohio Civil Rights Commission.

I declare under penalty of perjury that the foregoing is true and correct.

Michael Graham

Executed on 7/25/07

# MVP

**TEAM BEST BUY**
**MOST VALUABLE PLAYER**

Michael Graham
NAME

MVP - month of November
ACHIEVEMENT

11/7/97
DATE

_[signature]_
SUPERVISOR

IN APPRECIATION OF
YOUR EXCEPTIONAL WORK ETHIC AND UNDISPUTED DEDICATION
TO THE SUCCESS OF YOUR TEAM AND THE COMPANY.

**EXHIBIT**
tabbies
1

6550678

# MAY

IN APPRECIATION OF YOUR EXCEPTIONAL
WORK ETHIC AND UNDISPUTED
DEDICATION TO THE SUCCESS OF OUR
TEAM AND THE COMPANY

## Certificate of Achievement

This Award is presented in recognition of your
Outstanding Performance throughout the month
Your initiative and hard work has set the pace for
others to follow

**BEST BUY**

**MICHAEL GRAHAM**
Presented to

**EMPLOYEE OF THE MONTH**

**MAY 1998**

Gerrick Moore   Supervisor

**TEAM AUDIO**

EXHIBIT 2

0550077

# MVP

**TEAM BEST BUY**

**MOST VALUABLE PLAYER**

Miki Graham
NAME

Outstanding Performance
ACHIEVEMENT

_[signature]_
SUPERVISOR

9/2/98
DATE

IN APPRECIATION OF
YOUR EXCEPTIONAL WORK ETHIC AND UNDISPUTED DEDICATION
TO THE SUCCESS OF YOUR TEAM AND THE COMPANY.

**EXHIBIT 3**

0550076



# Certificate of Achievement

This certifies that

MIKE GRAHAM

has successfully completed the
Mentorship Program
at Best Buy Store #

Human Resource Representative  Date 10-7-98
General Manager  Date
District Manager  Date

Best Buys Mentorship Seal of Excellence

EXHIBIT 4

```
*********** START RECEIPT ***********
WELCOME TO BEST BUY #758
MACEDONIA, OH 44056
(330)468-6850


Val #: 0557-9239-5473-0188


0758 041 0491 04/19/05     19:42 0284770


EXCHANGE



ORIGINAL STORE#          0758
ORIGINAL TERMINAL#        060
ORIGINAL TRANSACTION#    2572
ORIGINAL SALE DATE     040205


RETURN ITEMS
6376539    50PF9956              4,748.99-
   50" HDTV PLASMA


SALE ITEMS
6944015    DVD                       0.00
   SKY CAPTAIN & WORLD OF TOMORR
6058099    DVD                       0.00
   LEAGUE OF EXTRAORDINARY GENTL
6884008    DVD                       0.00
   I ROBOT (2004) WS
6736874    DVD                       0.00
   MAN ON FIRE
6722326    DVD                       0.00
   JOHNSON FAMILY VACATION
6781618    DVD                       0.00
   DAY AFTER TOMORROW (2004) WS
6897183    DVD                       0.00
   BLUE COLLAR COMEDY TOUR RIDES
6817117    DVD                       0.00
   CHRONICLES OF RIDDICK (UNRATE
6770906    DVD                       0.00
   VAN HELSING WS
6731101    DVD                       0.00
   DAWN OF THE DEAD DIR CUT FS
6314981    SD-V55HT               289.99-
   COMBO HOME THEATER IN A BOX
6944015    DVD                     21.99
   SKY CAPTAIN & WORLD OF TOMORR
6884008    DVD                     21.99
   I ROBOT (2004) WS
6722326    DVD                     14.99
   JOHNSON FAMILY VACATION
6781618    DVD                     14.99
   DAY AFTER TOMORROW (2004) WS
6731101    DVD                     14.99
   DAWN OF THE DEAD DIR CUT FS
                              ----------
               SUBTOTAL    4,950.03-
          SALES TAX 6.75 %     334.13-
                              ==========
                  TOTAL    5,284.16-

                       Page       1
```

EXHIBIT 5

0550059

DEC 28 2005 08:04
6146448776       PAGE.02

CONFIDENTIAL

To whom this may concern,

My name is Michael Graham II. I strongly feel that I was discriminated against due to my race and color of my skin during my employment and termination with bestbuy. I have complained with Bestbuy District Human Resources, and she did not interview any of the names that I gave her who would have knowledge of Bestbuy discriminating practices. One of the bestbuy managers where in the room when the ohio civil commissions representive was questioning staff. I feel that thar responses were motivated and infleunced by that. I was threatened legally by a white male manager during my termination and later was harassed with a criminal charge maliously after the fact I filed unemployment put out a claim with the ohio civil commissions office. To conclude my rights have been violated and I request if all possible if someone was able to take another look at this

EXHIBIT 6

CONFIDENTIAL

matter. A white male was only written up, recently, for falsifying company documents. Bestbuy is claiming that I did the same in which I did not and I was terminated.

Sincerely,

Michael Graham II
Michael Graham II