STATE OF OHIO )
) ss: AFFIDAVIT OF KAMI D. ROWLES
COUNTY OF CUYAHOGA )

I, Kami D. Rowles, am an attorney admitted to practice in the State of Ohio and the United States District Court for the Northern District of Ohio and represent Michael Graham in *Graham v. Best Buy Stores, L.P.*, Case No. 1:06CV2091, Northern District of Ohio, before the Honorable Sara E. Lioi. Being first duly sworn according to law, I state the following:

1. Exhibit 1 is a true and accurate copy of a Best Buy Employee Accommodation Computer Hardware flyer that I received during the course of discovery in this litigation from Defendant Best Buy;

2. Exhibit 2 is a true and accurate copy of Best Buy documents regarding "License Plating Shelf Display Products" that I received during the course of discovery from Defendant Best Buy, which has been filed under seal;

3. Exhibit 3 is a true and accurate copy of a Best Buy Separation Notice dated February 3, 2005 that I received from the Equal Employment Opportunity Office on July 16, 2006, which has been filed under seal;

6. Exhibit 4 is a true and accurate copy of a letter written by Michael Graham to the Ohio Civil Rights Commission that I received from the Equal Employment Opportunity Office on July 16, 2006;

7. On March 2, 2007, I made a Public Records Request under O.R.C. 149.43 to the Elyria Police Department for all documents contained in, or which relate or refer to, Case File No. 2005-00012833, regarding the theft at the Best Buy Elryia store. No handwritten notes of any kind were produced in response.

FURTHER AFFIANT SAYETH NOT.

_____
KAMI D. ROWLES

SIGNED AND SWORN before me this 25th day of July, 2007.

_____
NOTARY PUBLIC
ROBIN M. BERRY
NOTARY PUBLIC - STATE OF OHIO
Recorded in Cuyahoga County
My Commission Expires 1-17-2010



EXHIBIT
C

# Best Buy Employee Accommodation Computer Hardware

## Valid April 17 - 30

- Thirty percent (30%) off any closeout or open-box desktop, notebook, monitor or Projector.

- To get the discount, have your manager approve the price on the open-box item.

- Discount must be taken manually after the employee price is entered.

- Tracking UPC must be scanned for each product discounted.




Manager Approval: _____

Employee Purchase Policy rules apply for this offer.

**EXHIBIT**
tabbies
1

0550064

CONFIDENTIAL

To whom this may concern,

My name is Michael Graham II. I strongly feel that I was discriminated against due to my race and color of my skin during my employment and termination with bestbuy. I have complained with Bestbuy District Human Resources, and she did not interview any of the names that I gave her who would have knowledge of Bestbuy discriminating practices. One of the bestbuy managers where in the room when the ohio civil commissions representive was questioning staff. I feel that thar responses were motivated and infleunced by that. I was threatened legally by a white male manager during my termination and later was harassed with a criminal charge maliously after the fact I filed unemployment put out a claim with the ohio civil commissions office. To conclude my rights have been violated and I request if all possible if someone was able to take another look at this

EXHIBIT 4

DEC 28 2005 08:04　　6146448776　　PAGE.03

CONFIDENTIAL

matter. A white male was only written up, recently for falsifying company documents. Bestbuy is claiming that, I did the same in which, I did not and I was terminated.

Sincerely,

*Michael Graham II* (signature)

Michael Graham II