

tabbies

EXHIBIT
F-2

PENGAD-Bayonne, N. J.

PLAINTIFF'S
EXHIBIT

