UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL GRAHAM, | ) | CASE NO.  1:06CV1532 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BEST BUY STORES, L.P., et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Defendant Best Buy Stores, L.P., filed its Motion to Strike (Doc. 47), contending that Plaintiff Michael Graham's brief in opposition to Best Buy's dispositive motion did not comply with the spacing and page limitations found in this Court's local rules and previously enforced with respect to Best Buy's own motion.  Apparently in response, Graham filed a Motion for Leave to Attach *Instanter* (Doc. 49), seeking this Court's leave to file his certificate of compliance with the requirements of the Local Rules, as they pertain to Graham's brief in opposition.

The Court is weary of the bickering among the parties to this litigation, and looks forward to the day when counsel can make proper arguments in proper format so that the Court's attention can be devoted to the merits of this and the many other litigation matters before it.  In the meantime, Plaintiff's motion for leave hereby is **GRANTED**, with the instruction that, on or before August 8, 2007, Graham shall deliver either by hand or by overnight delivery to this Court's chambers a printed copy of his brief in opposition (Doc. 45), as well as a computer disk containing the brief in opposition as originally formatted.  Best Buy's motion to strike hereby is

- 2 -

**CONDITIONALLY DENIED**, with the provision that, should this Court determine after reviewing Graham's brief in opposition that in fact it does not comply with the applicable rules, Best Buy's motion to strike may be re-filed for this Court's further consideration.

      **IT IS SO ORDERED.**

Dated: August 6, 2007                   *s/  Sara Lioi*
                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**