# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL GRAHAM, | ) | CASE NO. 1:06CV1532 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| BEST BUY STORES, L.P., et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons stated in the Memorandum Opinion and Order filed with this Judgment Entry, the motion of Best Buy Stores, L.P., is **GRANTED**; judgment is entered for defendants;[1] and the case is **DISMISSED**. This judgment entered constitutes a final decision by this Court for purposes of Rule 58 of the Federal Rules of Civil Procedure and it is appealable.

**IT IS SO ORDERED.**

Dated:  August 14, 2007          *s/  Sara Lioi*
                                                       **HONORABLE SARA LIOI**
                                                       **UNITED STATES DISTRICT JUDGE**

---

[1] As stated in footnote 1 of the Memorandum Opinion and Order, this judgment pertains to all parties and fully disposes of this case.  *See* Memorandum Opinion and Order, n.1.